**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name** <br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Scott**<br>First name<br><br>**W.**<br>Middle name<br><br>**Charmoli**<br>Last name and Suffix (Sr., Jr., II, III) | **Lynne**<br>First name<br><br>**M.**<br>Middle name<br><br>**Charmoli**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6819 | xxx-xx-3234 |

Debtor 1    **Scott W. Charmoli**
Debtor 2    **Lynne M. Charmoli**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)

EIN

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

Business name(s)

EIN

**5.** **Where you live**

**565 Cottonwood Lane**
**Grafton, WI 53024**
Number, Street, City, State & ZIP Code

**Ozaukee**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Scott W. Charmoli**

Debtor 2    **Lynne M. Charmoli**

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Scott W. Charmoli** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Lynne M. Charmoli** | | | | |

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Scott W. Charmoli**

Debtor 2   **Lynne M. Charmoli**

Case number *(if known)*

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | | |
|---|---|---|
| **15.** **Tell the court whether you have received a briefing about credit counseling.** | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

*You must check one:*

**About Debtor 1:**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Scott W. Charmoli | /s/ Lynne M. Charmoli |
|---|---|
| Scott W. Charmoli | Lynne M. Charmoli |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on  **October  3, 2022** | Executed on  **October  3, 2022** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Scott W. Charmoli** |
|---|---|
| Debtor 2 | **Lynne M. Charmoli** |

Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Paul G. Swanson**                                    Date     **October  3, 2022**
Signature of Attorney for Debtor                                      MM / DD / YYYY

**Paul G. Swanson 1007861**
Printed name

**STEINHILBER SWANSON LLP**
Firm name

**107 Church Avenue**
**Oshkosh, WI 54901**
Number, Street, City, State & ZIP Code

Contact phone   **920-235-6690**                    Email address    _____

**1007861 WI**
Bar number & State

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 7 of 145

Certificate Number: 00134-WIE-CC-036802321



00134-WIE-CC-036802321

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 1, 2022</u>, at <u>4:41</u> o'clock <u>PM CDT</u>, <u>Scott William Charmoli</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>Eastern District of Wisconsin</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>September 1, 2022</u>            By:    <u>/s/Radhi Ouma</u>

                                       Name:  <u>Radhi Ouma</u>

                                       Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Certificate Number: 00134-WIE-CC-036802322



00134-WIE-CC-036802322

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 1, 2022</u>, at <u>4:41</u> o'clock <u>PM CDT</u>, <u>Lynne Marie Charmoli</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Wisconsin</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.


Date:  <u>September 1, 2022</u>           By:      <u>/s/Radhi Ouma</u>


                                        Name:   <u>Radhi Ouma</u>


                                        Title:    <u>Counselor</u>


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
Scott W. Charmoli and                          Case No. 22-_____
Lynne M. Charmoli,                             Chapter 11
                    Debtors.

DECLARATION OF SCOTT W. CHARMOLI

I, Scott W. Charmoli, hereby declare and state as follows:

1.      I am one of the debtors in this case.

2.      No balance sheet, statement of operations, or cash-flow statement have been
prepared.

3.      My 2021 Federal income tax returns are appended to the Petition in this case.

**Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
and correct.

Executed on: September *20*, 2022.        By: _____
                                              Scott W. Charmoli

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
Scott W. Charmoli and
Lynne M. Charmoli,
              Debtors.

Case No. 22-_____
Chapter 11

## DECLARATION OF LYNNE M. CHARMOLI

I, Lynne M. Charmoli, hereby declare and state as follows:

1.      I am one of the debtors in this case.

2.      No balance sheet, statement of operations, or cash-flow statement have been prepared.

3.      My 2021 Federal income tax returns are appended to the Petition in this case.

**Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 20, 2022.     By: _Lynne M Charmoli_
                                          Lynne M. Charmoli

**Form 1040**  Department of the Treasury—Internal Revenue Service  (99)  **2021**  OMB No. 1545-0074  IRS Use Only-Do not write or staple in this space.
**U.S. Individual Income Tax Return**

**Filing Status**
Check only one box.
☐ Single  ☒ Married filing jointly  ☐ Married filing separately (MFS)  ☐ Head of household (HOH)  ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| | | |
|---|---|---|
| Your first name and middle initial | Last name | Your social security number |
| SCOTT W | CHARMOLI | ***-**-6819 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| LYNNE M | CHARMOLI | ***-**-3234 |

Home address (number and street). If you have a P.O. box, see instructions.  565 COTTONWOOD LN   Apt. no.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

City, town or post office. If you have a foreign address, also complete spaces below.  GRAFTON   State  WI   ZIP code  53024

Foreign country name    Foreign province/state/county    Foreign postal code

| | You | Spouse |
|---|---|---|
| At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? | ☐ Yes | ☒ No |

**Standard Deduction**
Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  ☐ Were born before January 2, 1957  ☐ Are blind   Spouse:  ☐ Was born before January 2, 1957  ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instr. and check here ▶

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions) |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| ▓▓▓▓▓▓▓▓ | ***-**-5885 | DAUGHTER | | ☒ |

Attach Sch.B if required.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | **1** | |
| 2a | Tax-exempt interest | 2a | | **2b** Taxable interest | 3,497 |
| 3a | Qualified dividends | 3a | 37,941 | **3b** Ordinary dividends | 52,819 |
| 4a | IRA distributions | 4a | | **4b** Taxable amount | |
| 5a | Pensions and annuities | 5a | | **5b** Taxable amount | |
| 6a | Soc. sec. ben. | 6a | | **6b** Taxable amount | |

Standard Deduction for –
• Single or Married filing separately, $12,550
• Married filing jointly or Qualifying widow(er), $25,100
• Head of household, $18,800
• If you checked any box under Standard Deduction, see instructions.

| | | | | |
|---|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | **7** | 546,169 |
| 8 | Other income from Schedule 1, line 10 | | **8** | -241,999 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income ▶ | | **9** | 360,486 |
| 10 | Adjustments to income from Schedule 1, line 26 ▶ | | **10** | 0 |
| 11 | Subtract line 10 from line 9. This is your adjusted gross income ▶ | | **11** | 360,486 |
| 12a | Standard deduction or itemized deductions (from Schedule A) | 12a | 39,335 | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b | | |
| c | Add lines 12a and 12b | | **12c** | 39,335 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A ▶ | | **13** | |
| 14 | Add lines 12c and 13 | | **14** | 39,335 |
| 15 | Taxable income. Subtract line 14 from line 11. If zero or less, enter -0- | | **15** | 321,151 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2021)

DAA

TAXPAYER COPY

| | | | | |
|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | | 16 | 36,053 |
| 17 | Amount from Schedule 2, line 3 | | 17 | |
| 18 | Add lines 16 and 17 | | 18 | 36,053 |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | | 19 | 500 |
| 20 | Amount from Schedule 3, line 8 | | 20 | |
| 21 | Add lines 19 and 20 | | 21 | 500 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 35,553 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 4,198 |
| 24 | Add lines 22 and 23. This is your total tax ▶ | | 24 | 39,751 |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | | |
| b | Form(s) 1099 | 25b | | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | | 26 | 15,000 |
| 27a | Earned income credit (EIC) | 27a | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | | |
| b | Nontaxable combat pay election | 27b | | |
| c | Prior year (2019) earned income | 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Sch. 8812 | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30 | 0 | |
| 31 | Amount from Schedule 3, line 15 | 31 | | |
| 32 | Add lines 27a and 28 through 31. These are your total other payments and refundable credits ▶ | | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your total payments ▶ | | 33 | 15,000 |

If you have a qualifying child, attach Sch. EIC.

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you overpaid | 34 | |
| | 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 35a | |
| Direct deposit? | ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| See instructions. | ▶ d | Account number | | |
| | 36 | Amount of line 34 you want applied to your 2022 estimated tax ▶ 36 | | |
| **Amount You Owe** | 37 | Amount you owe. Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | 25,045 |
| | 38 | Estimated tax penalty (see instructions) ▶ 38 | 294 | |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ▶ ☒ Yes. Complete below. ☐ No |
| | Designee's name ▶ TOM WHALEN, CPA | Phone no. ▶ 920-882-1072 Personal identification number (PIN) ▶ 54913 |

| | |
|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

Joint return?
See instructions.
Keep a copy for your records.

| | | | |
|---|---|---|---|
| Your signature | Date | Your occupation RETIRED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation RETIRED | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |
| Phone no. | Email address | | |

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Preparer's name TOM WHALEN, CPA | Preparer's signature TOM WHALEN, CPA | Date 04/14/22 | PTIN ********* | Check if: ☐ Self-employed |
| | Firm's name ▶ EDGE ADVISORS | | | Phone no. 920-882-1072 | |
| | Firm's address ▶ 1500 N CASALOMA # 302 APPLETON WI 54913-8219 | | | Firm's EIN ▶ **-***7098 | |

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form **1040** (2021)

DAA

# SCHEDULE 1
### (Form 1040)

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

# 2021

Attachment
Sequence No. 01

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
**SCOTT W & LYNNE M CHARMOLI**

Your social security number
**\*\*\*-\*\*-6819**

## Part I · Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions) ▶_____ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | −241,999 |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income: | | |
| a | Net operating loss | 8a | |
| b | Gambling income | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d | ( ) |
| e | Taxable Health Savings Account distribution | 8e | |
| f | Alaska Permanent Fund dividends | 8f | |
| g | Jury duty pay | 8g | |
| h | Prizes and awards | 8h | |
| i | Activity not engaged in for profit income | 8i | |
| j | Stock options | 8j | |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8k | |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) | 8l | |
| m | Section 951(a) inclusion (see instructions) | 8m | |
| n | Section 951A(a) inclusion (see instructions) | 8n | |
| o | Section 461(l) excess business loss adjustment | 8o | |
| p | Taxable distributions from an ABLE account (see instructions) | 8p | |
| z | Other income. List type and amount ▶_____ | 8z | |
| 9 | Total other income. Add lines 8a through 8z | 9 | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | −241,999 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2021

DAA

**SCHEDULE 2**
(Form 1040)

Department of the Treasury
Internal Revenue Service

# Additional Taxes

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

SCOTT W & LYNNE M CHARMOLI

Your social security number

\*\*\*-\*\*-6819

## Part I  Tax

| | | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 | **1** | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 | **2** | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 | **3** | |

## Part II  Other Taxes

| | | | | |
|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE | | **4** | |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 | **6** | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 | | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required | | **8** | |
| 9 | Household employment taxes. Attach Schedule H | | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required | | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 | | **11** | |
| 12 | Net investment income tax. Attach Form 8960 | | **12** | 4,198 |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 | | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares | | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 | | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 | | **16** | |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 2 (Form 1040) 2021

DAA

| Part II | Other Taxes *(continued)* | | |
|---|---|---|---|
| **17** | Other additional taxes: | | |
| **a** | Recapture of other credits. List type, form number, and amount ▶ | **17a** | |
| **b** | Recapture of federal mortgage subsidy. If you sold your home in 2021, see instructions | **17b** | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 | **17c** | |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 | **17d** | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 | **17e** | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | **17f** | |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property | **17g** | |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A | **17h** | |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A | **17i** | |
| **j** | Section 72(m)(5) excess benefits tax | **17j** | |
| **k** | Golden parachute payments | **17k** | |
| **l** | Tax on accumulation distribution of trusts | **17l** | |
| **m** | Excise tax on insider stock compensation from an expatriated corporation | **17m** | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 | **17n** | |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR | **17o** | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund | **17p** | |
| **q** | Any interest from Form 8621, line 24 | **17q** | |
| **z** | Any other taxes. List type and amount ▶ | **17z** | |
| **18** | Total additional taxes. Add lines 17a through 17z | **18** | |
| **19** | Additional tax from Schedule 8812 | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A | **20** | |
| **21** | Add lines 4, 7 through 16, 18, and 19. These are your total other taxes. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b | **21** | **4,198** |

DAA

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 16 of 145

# Itemized Deductions

▶ Go to *www.irs.gov/ScheduleA* for instructions and the latest information.
▶ Attach to Form 1040 or 1040-SR.
**Caution:** If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040 or 1040-SR

SCOTT W & LYNNE M CHARMOLI

Your social security number

***-**-6819

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) | **1** | | |
| | 2 Enter amount from Form 1040 or 1040-SR, line 11 .... | **2** 360,486 | | |
| | 3 Multiply line 2 by 7.5% (0.075) | **3** 27,036 | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | **4** | |
| **Taxes You Paid** | 5 State and local taxes. | | | |
| | a State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box ........ ▶ ☐ | **5a** 5,000 | | |
| | b State and local real estate taxes (see instructions) | **5b** 13,821 | | |
| | c State and local personal property taxes | **5c** | | |
| | d Add lines 5a through 5c | **5d** 18,821 | | |
| | e Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) | **5e** 10,000 | | |
| | 6 Other taxes. List type and amount ▶ | **6** | | |
| | 7 Add lines 5e and 6 | | **7** | 10,000 |
| **Interest You Paid** **Caution:** Your mortgage interest deduction may be limited (see instructions). | 8 Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box ........ ▶ ☐ | | | |
| | a Home mortgage interest and points reported to you on Form 1098. See instructions if limited | **8a** | | |
| | b Home mortgage interest not reported to you on Form 1098. See instructions if limited. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address | **8b** | | |
| | ▶ | | | |
| | c Points not reported to you on Form 1098. See instructions for special rules | **8c** | | |
| | d Mortgage insurance premiums (see instructions) | **8d** | | |
| | e Add lines 8a through 8d | **8e** | | |
| | 9 Investment interest. Attach Form 4952 if required. See instructions | **9** | | |
| | 10 Add lines 8e and 9 | | **10** | |
| **Gifts to Charity** **Caution:** If you made a gift and got a benefit for it, see instructions. | 11 Gifts by cash or check. If you made any gift of $250 or more, see instructions | **11** 28,860 | | |
| | 12 Other than by cash or check. If you made any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 .... | **12** 475 | | |
| | 13 Carryover from prior year | **13** | | |
| | 14 Add lines 11 through 13 | | **14** | 29,335 |
| **Casualty and Theft Losses** | 15 Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions | | **15** | |
| **Other Itemized Deductions** | 16 Other—from list in instructions. List type and amount ▶ | | | |
| | | | **16** | |
| **Total Itemized Deductions** | 17 Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040 or 1040-SR, line 12a | | **17** | 39,335 |
| | 18 If you elect to itemize deductions even though they are less than your standard deduction, check this box ........ ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see the Instructions for Forms 1040 and 1040-SR.

DAA

Schedule A (Form 1040) 2021

SCHEDULE B
(Form 1040)

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0074

2021

Attachment
Sequence No. 08

# Interest and Ordinary Dividends

▶ Go to *www.irs.gov/ScheduleB* for instructions and the latest information.
▶ Attach to Form 1040 or 1040-SR.

Name(s) shown on return

SCOTT W & LYNNE M CHARMOLI

Your social security number

***-**-6819

| | | | Amount |
|---|---|---|---|
| **Part I**<br>**Interest**<br><br>(See instructions<br>and the<br>instructions for<br>Form 1040 and<br>1040-SR, line 2b.)<br><br>Note: If you<br>received a Form<br>1099-INT, Form<br>1099-OID, or<br>substitute<br>statement from<br>a brokerage firm,<br>list the firm's<br>name as the<br>payer and enter<br>the total interest<br>shown on that<br>form. | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶<br><br>FIRST BANK FINANCIAL CENTRE | 1 | 3,497 |
| | 2 | Add the amounts on line 1 | 2 | 3,497 |
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | 3 | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b ▶ | 4 | 3,497 |

Note: If line 4 is over $1,500, you must complete Part III.

| | | | Amount |
|---|---|---|---|
| **Part II**<br>**Ordinary**<br>**Dividends**<br><br>(See instructions<br>and the<br>instructions for<br>Form 1040 and<br>1040-SR, line 3b.)<br><br>Note: If you<br>received a Form<br>1099-DIV or<br>substitute<br>statement from<br>a brokerage firm,<br>list the firm's<br>name as the<br>payer and enter<br>the ordinary<br>dividends shown<br>on that form. | 5 | List name of payer ▶<br><br>NATIONAL FINANCIAL SERVICES | 5 | 52,819 |
| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b ▶ | 6 | 52,819 |

Note: If line 6 is over $1,500, you must complete Part III.

| | | | Yes | No |
|---|---|---|---|---|
| **Part III**<br>**Foreign**<br>**Accounts**<br>**and Trusts**<br><br>Caution: If<br>required, failure<br>to file FinCEN<br>Form 114 may<br>result in<br>substantial<br>penalties. See<br>instructions. | | You **must** complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| | 7a | At any time during 2021, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | X |
| | | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | |
| | b | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| | 8 | During 2021 did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions | | X |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule B (Form 1040) 2021

CAA

**SCHEDULE D**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/ScheduleD* for instructions and the latest information.
▶ Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **12**

Name(s) shown on return
SCOTT W & LYNNE M CHARMOLI

Your social security number
***-**-6819

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year? ☐ Yes ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

## Part I  Short-Term Capital Gains and Losses — Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part I,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| 1a Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . . | | | | |
| 1b Totals for all transactions reported on Form(s) 8949 with Box A checked . . . . . . . . . . . . . . . . . . . | 4,136 | 3,546 | 0 | 590 |
| 2 Totals for all transactions reported on Form(s) 8949 with Box B checked . . . . . . . . . . . . . . . . . . | | | | |
| 3 Totals for all transactions reported on Form(s) 8949 with Box C checked . . . . . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| 4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . | 4 | |
| 5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . | 5 | |
| 6  Short-term capital loss carryover. Enter the amount, if any, from line 8 of your Capital Loss Carryover Worksheet in the instructions . . . . . . . . . . | 6 | ( ) |
| 7  Net short-term capital gain or (loss). Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back . . . . . . . . . | 7 | 590 |

## Part II  Long-Term Capital Gains and Losses — Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part II,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| 8a Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . . . . . | | | | |
| 8b Totals for all transactions reported on Form(s) 8949 with Box D checked . . . . . . . . . . . . . . . . | 1,565,945 | 959,964 | 0 | 605,981 |
| 9 Totals for all transactions reported on Form(s) 8949 with Box E checked . . . . . . . . . . . . . . . | | | | |
| 10 Totals for all transactions reported on Form(s) 8949 with Box F checked . . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| 11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . | 11 | |
| 12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . | 12 | |
| 13  Capital gain distributions. See the instructions . . . . . . . . . | 13 | 1,864 |
| 14  Long-term capital loss carryover. Enter the amount, if any, from line 13 of your Capital Loss Carryover Worksheet in the instructions . . . . . . . . . . | 14 | ( 62,266 ) |
| 15  Net long-term capital gain or (loss). Combine lines 8a through 14 in column (h). Then go to Part III on the back . . . . . . . . . . . . . . . | 15 | 545,579 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule D (Form 1040) 2021

DAA

## Part III    Summary

| | | |
|---|---|---|
| 16 | Combine lines 7 and 15 and enter the result | 16 | 546,169 |

  • If line 16 is a **gain**, enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7.
    Then, go to line 17 below.
  • If line 16 is a **loss**, skip lines 17 through 20 below. Then go to line 21. Also be sure to complete
    line 22.
  • If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or
    1040-NR, line 7. Then go to line 22.

17    Are lines 15 and 16 **both gains**?
   [X] **Yes.** Go to line 18.
   [ ] **No.** Skip lines 18 through 21, and go to line 22.

18    If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the
   amount, if any, from line 7 of that worksheet ................................................ | 18 |

19    If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see
   instructions), enter the amount, if any, from line 18 of that worksheet ................ | 19 |

20    Are lines 18 and 19 both zero or blank and are you not filing Form 4952?
   [X] **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions
       for Forms 1040 and 1040-SR, line 16. **Don't** complete lines 21 and 22 below.

   [ ] **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21
       and 22 below.

21    If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7, the smaller of:

   • The loss on line 16; or
   • ($3,000), or if married filing separately, ($1,500) ................................... | 21 |(            )|

   **Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

22    Do you have qualified dividends on Form 1040, 1040-SR, or Form 1040-NR, line 3a?

   [ ] **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions
       for Forms 1040 and 1040-SR, line 16.

   [ ] **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

Schedule D (Form 1040) 2021

DAA

Form **8949**

Department of the Treasury
Internal Revenue Service

## Sales and Other Dispositions of Capital Assets

► Go to *www.irs.gov/Form8949* for instructions and the latest information.

► File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **12A**

Name(s) shown on return

SCOTT W & LYNNE M CHARMOLI

Social security number or taxpayer identification number

\*\*\*-\*\*-6819

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part I**   **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box A, B, *or* C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- [X] **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see Note above)
- [ ] **(B)** Short-term transactions reported on Form(s) 1099-B showing basis wasn't reported to the IRS
- [ ] **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the Note below and see Column (e) in the separate instructions | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| NATIONAL FINANCIAL SERVICES ST BOX A | VARIOUS | VARIOUS | 4,136 | 3,546 | | | 590 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**2** Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 1b (if Box A above is checked), line 2 (if Box B above is checked), or line 3 (if Box C above is checked) ► | | | 4,136 | 3,546 | | 0 | 590 |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **8949** (2021)

DAA

Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side

Social security number or taxpayer identification number

**SCOTT W & LYNNE M CHARMOLI**

**\*\*\*-\*\*-6819**

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part II**    **Long-Term.** Transactions involving capital assets you held more than 1 year are generally long-term (see instructions). For short-term transactions, see page 1.

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box D, E, or F below. Check only one box.** If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- [X] (D) Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- [ ] (E) Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- [ ] (F) Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the Note below and see Column (e) in the separate instructions | Adjustment, if any, to gain or loss. If you enter an amount in column (g), enter a code in column (f). See the separate instructions. (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| NATIONAL FINANCIAL SERVICES LT BOX D | VARIOUS | VARIOUS | 1,565,945 | 959,964 | | | 605,981 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2** Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 8b (if Box D above is checked), line 9 (if Box E above is checked), or line 10 (if Box F above is checked) ▶ | | | 1,565,945 | 959,964 | | 0 | 605,981 |

**Note:** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

Form **8949** (2021)

DAA

TAXPAYER COPY

# SCHEDULE E
## (Form 1040)

Department of the Treasury
Internal Revenue Service   (99)

## Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041.

▶ Go to *www.irs.gov/ScheduleE* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment Sequence No. **13**

Name(s) shown on return: SCOTT W & LYNNE M CHARMOLI

Your social security number: ***-**-6819

## Part I — Income or Loss From Rental Real Estate and Royalties
Note: If you are in the business of renting personal property, use Schedule C. See instructions. If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

**A** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions ... Yes ☐  No ☒

**B** If "Yes," did you or will you file required Forms 1099? ... Yes ☐  No ☐

**1a** Physical address of each property (street, city, state, ZIP code)

| | | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| A | N168 W21930-2 MAIN ST, JACKSON, WI 53037 | | | | |
| B | N168 W21962 MAIN ST, JACKSON, WI 53037 | | | | |
| C | | | | | |

**1b** Type of Property (from list below)

**2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions.

| | Type | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| A | 8 | A | 365 | | |
| B | 8 | B | 365 | | |
| C | | C | | | |

Type of Property:

1 Single Family Residence  3 Vacation/Short-Term Rental  5 Land  7 Self-Rental
2 Multi-Family Residence  4 Commercial  6 Royalties  8 Other (describe) SEE STATEMENT 1,3

| Income: | Properties: | | A | B | C |
|---|---|---|---|---|---|
| 3 Rents received | | 3 | 13,490 | | |
| 4 Royalties received | | 4 | | | |
| **Expenses:** | | | | | |
| 5 Advertising | | 5 | | | |
| 6 Auto and travel (see instructions) | | 6 | | | |
| 7 Cleaning and maintenance | | 7 | | | |
| 8 Commissions | | 8 | | | |
| 9 Insurance | | 9 | 1,250 | 1,053 | |
| 10 Legal and other professional fees | | 10 | | | |
| 11 Management fees | | 11 | | | |
| 12 Mortgage interest paid to banks, etc. (see instructions) | | 12 | | | |
| 13 Other interest | | 13 | | | |
| 14 Repairs | | 14 | | | |
| 15 Supplies | | 15 | | | |
| 16 Taxes | | 16 | 2,439 | 3,335 | |
| 17 Utilities | | 17 | 219 | 203 | |
| 18 Depreciation expense or depletion | | 18 | 4,117 | | |
| 19 Other (list) ▶ SEE STATEMENT 2 | | 19 | 2,884 | | |
| 20 Total expenses. Add lines 5 through 19 | | 20 | 10,909 | 4,591 | |
| 21 Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file Form 6198 | | 21 | 2,581 | −4,591 | |
| 22 Deductible rental real estate loss after limitation, if any, on Form 8582 (see instructions) | | 22 | 2,581 | 0 | |

| | | | |
|---|---|---|---|
| 23a Total of all amounts reported on line 3 for all rental properties | | 23a | 13,490 |
| b Total of all amounts reported on line 4 for all royalty properties | | 23b | |
| c Total of all amounts reported on line 12 for all properties | | 23c | |
| d Total of all amounts reported on line 18 for all properties | | 23d | 4,117 |
| e Total of all amounts reported on line 20 for all properties | | 23e | 15,500 |
| 24 Income. Add positive amounts shown on line 21. Do not include any losses | | 24 | 2,581 |
| 25 Losses. Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | 25 | 2,581 |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 | | 26 | 0 |

For Paperwork Reduction Act Notice, see the separate instructions.

Schedule E (Form 1040) 2021

DAA

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 23 of 145

Name(s) shown on return. Do not enter name and social security number if shown on other side.     Your social security number

**SCOTT W & LYNNE M CHARMOLI**         \*\*\*-\*\*-6819

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II**    **Income or Loss From Partnerships and S Corporations** — Note: If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you must check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which any amount is not at risk, you must check the box in column (f) on line 28 and attach Form 6198. See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section       Yes [ ]   No [X]

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | HARTFORD FAMILY DENTAL CARE LLC | S | | \*\*-\*\*\*3588 | | X |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |

|  | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
|  | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | 241,999 | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| 29a | Totals | | | | | |
|---|---|---|---|---|---|---|
| b | Totals | | | 241,999 | | |

| 30 | Add columns (h) and (k) of line 29a | 30 | 0 |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b | 31 | 241,999 |
| 32 | Total partnership and S corporation income or (loss). Combine lines 30 and 31 | 32 | −241,999 |

**Part III**    **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

|  | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
|  | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |

| 34a | Totals | | | | |
|---|---|---|---|---|---|
| b | Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36 | 37 | |

**Part IV**    **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

**Part V**    **Summary**

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ▶ | 41 | −241,999 |

42   Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions     | 42 | |

43   Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules     | 43 | |

DAA                 Schedule E (Form 1040) 2021

TAXPAYER COPY

| SCHEDULE 8812 (Form 1040) | Credits for Qualifying Children and Other Dependents | | OMB No. 1545-0074 2021 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040-SR, or 1040-NR. ▶ Go to *www.irs.gov/Schedule8812* for instructions and the latest information. | 1040 1040-SR 1040-NR 8812 | Attachment Sequence No. 47 |

Name(s) shown on return: SCOTT W & LYNNE M CHARMOLI

Your social security number: \*\*\*-\*\*-6819

## Part I-A  Child Tax Credit and Credit for Other Dependents

| | | | | |
|---|---|---|---|---|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR | | 1 | 360,486 |
| 2a | Enter income from Puerto Rico that you excluded | 2a | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 | 2b | | |
| c | Enter the amount from line 15 of your Form 4563 | 2c | | |
| d | Add lines 2a through 2c | | 2d | |
| 3 | Add lines 1 and 2d | | 3 | 360,486 |
| 4a | Number of qualifying children under age 18 with the required social security number | 4a | | |
| b | Number of children included on line 4a who were under age 6 at the end of 2021 | 4b | | |
| c | Subtract line 4b from line 4a | 4c | | |
| 5 | If line 4a is more than zero, enter the amount from the Line 5 Worksheet; otherwise, enter -0- | | 5 | 0 |
| 6 | Number of other dependents, including any qualifying children who are not under age 18 or who do not have the required social security number | 6 | 1 | |
| | Caution: Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4a. | | | |
| 7 | Multiply line 6 by $500 | | 7 | 500 |
| 8 | Add lines 5 and 7 | | 8 | 500 |
| 9 | Enter the amount shown below for your filing status. • Married filing jointly—$400,000 • All other filing statuses—$200,000 | | 9 | 400,000 |
| 10 | Subtract line 9 from line 3. • If zero or less, enter -0-. • If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | | 10 | 0 |
| 11 | Multiply line 10 by 5% (0.05) | | 11 | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | | 12 | 500 |
| 13 | Check all the boxes that apply to you (or your spouse if married filing jointly). | | | |
| | A  Check here if you (or your spouse if married filing jointly) had a principal place of abode in the United States for more than half of 2021 | | | ☒ |
| | B  Check here if you (or your spouse if married filing jointly) were a bona fide resident of Puerto Rico for 2021 | | | |

## Part I-B  Filers Who Check a Box on Line 13

Caution: If you did not check a box on line 13, do not complete Part I-B; instead, skip to Part I-C.

| | | | |
|---|---|---|---|
| 14a | Enter the smaller of line 7 or line 12 | 14a | 500 |
| b | Subtract line 14a from line 12 | 14b | |
| c | If line 14a is zero, enter -0-; otherwise, enter the amount from the Credit Limit Worksheet A | 14c | 36,053 |
| d | Enter the smaller of line 14a or line 14c | 14d | 500 |
| e | Add lines 14b and 14d | 14e | 500 |
| f | Enter the aggregate amount of advance child tax credit payments you (and your spouse if filing jointly) received for 2021. See your Letter(s) 6419 for the amounts to include on this line. If you are missing Letter 6419, see the instructions before entering an amount on this line. If you didn't receive any advance child tax credit payments for 2021, enter -0- Caution: If the amount on this line doesn't match the aggregate amounts reported to you (and your spouse if filing jointly) on your Letter(s) 6419, the processing of your return will be delayed. | 14f | 0 |
| g | Subtract line 14f from line 14e. If zero or less, enter -0- on lines 14g through 14i and go to Part III | 14g | 500 |
| h | Enter the smaller of line 14d or line 14g. This is your credit for other dependents. Enter this amount on line 19 of your Form 1040, 1040-SR, or 1040-NR | 14h | 500 |
| i | Subtract line 14h from line 14g. This is your refundable child tax credit. Enter this amount on line 28 of your Form 1040, 1040-SR, or 1040-NR | 14i | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 8812 (Form 1040) 2021

DAA

SAMPLE COPY

## Part I-C  Filers Who Do Not Check a Box on Line 13

Caution: If you checked a box on line 13, do not complete Part I-C.

| | | | |
|---|---|---|---|
| 15a | Enter the amount from the **Credit Limit Worksheet A** | | 15a |
| b | Enter the smaller of line 12 or line 15a | | 15b |
| | Additional child tax credit. Complete Parts II-A through II-C if you meet each of the following items. | | |
| | 1. You are not filing Form 2555. | | |
| | 2. Line 4a is more than zero. | | |
| | 3. Line 12 is more than line 15a. | | |
| c | If you completed Parts II-A through II-C, enter the amount from line 27; otherwise, enter -0- | | 15c |
| d | Add lines 15b and 15c | | 15d |
| e | Enter the aggregate amount of advance child tax credit payments you (and your spouse if filing jointly) received for 2021. See your Letter(s) 6419 for the amounts to include on this line. If you are missing Letter 6419, see the instructions before entering an amount on this line. If you didn't receive any advance child tax credit payments for 2021, enter -0-. | | 15e |
| | Caution: If the amount on this line doesn't match the aggregate amounts reported to you (and your spouse if filing jointly) on your Letter(s) 6419, the processing of your return will be delayed. | | |
| f | Subtract line 15e from line 15d. If zero or less, enter -0- on lines 15f through 15h and go to Part III | | 15f |
| g | Enter the smaller of line 15b or line 15f. **This is your nonrefundable child tax credit and credit for other dependents.** Enter this amount on line 19 of your Form 1040, 1040-SR, or 1040-NR | | 15g |
| h | Subtract line 15g from line 15f. **This is your additional child tax credit. Enter this amount on line 28 of your Form 1040, 1040-SR, or 1040-NR** | | 15h |

## Part II-A  Additional Child Tax Credit (use only if completing Part I-C)

Caution: If you file Form 2555, do not complete Parts II-A through II-C; you cannot claim the additional child tax credit.

Caution: If you checked a box on line 13, do not complete Parts II-A through II-C; you cannot claim the additional child tax credit.

| | | | | |
|---|---|---|---|---|
| 16a | Subtract line 15b from line 12. If zero, skip Parts II-A and II-B and enter -0- on line 27 | | | 16a |
| b | Number of qualifying children under 18 with the required social security number. _____ x $1,400. | | | 16b |
| | Enter the result. If zero, skip Parts II-A and II-B and enter -0- on line 27 | | | |
| | TIP: The number of children you use for this line is the same as the number of children you used for line 4a. | | | |
| 17 | Enter the **smaller** of line 16a or line 16b | | | 17 |
| 18a | Earned income (see instructions) | 18a | | |
| b | Nontaxable combat pay (see instructions) | 18b | | |
| 19 | Is the amount on line 18a more than $2,500? | | | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | | |
| | ☐ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result | 19 | | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result | | | 20 |
| | Next. On line 16b, is the amount $4,200 or more? | | | |
| | ☐ **No.** If line 20 is zero, enter -0- on line 15c; Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27. | | | |
| | ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | | | |

## Part II-B  Certain Filers Who Have Three or More Qualifying Children

| | | | |
|---|---|---|---|
| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions | | 21 |
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 | | 22 |
| 23 | Add lines 21 and 22 | | 23 |
| 24 | 1040 and | | |
| | **1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27a, and Schedule 3 (Form 1040), line 11. | | |
| | **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | 24 | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- | | 25 |
| 26 | Enter the **larger** of line 20 or line 25 | | 26 |
| | Next, enter the smaller of line 17 or line 26 on line 27. | | |

## Part II-C  Additional Child Tax Credit

| | | |
|---|---|---|
| 27 | Enter this amount on line 15c | 27 |

Schedule 8812 (Form 1040) 2021

DAA

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 26 of 145

## Part III　Additional Tax (use only if line 14g or line 15f, whichever applies, is zero)

| | | |
|---|---|---|
| 28a | Enter the amount from line 14f or line 15e, whichever applies | 28a |
| b | Enter the amount from line 14e or line 15d, whichever applies | 28b |
| 29 | Excess advance child tax credit payments. Subtract line 28b from line 28a. If zero, stop; you do not owe the additional tax | 29 |
| 30 | Enter the number of qualifying children taken into account in determining the annual advance amount you received for 2021. See your Letter 6419 for this number. If you are missing your Letter 6419, you are filing a joint return, or you received more than one Letter 6419, see the instructions before entering a number on this line | 30 |
| | Caution: If the amount on this line doesn't match the number of qualifying children reported to you (and your spouse if filing jointly) on your Letter(s) 6419, the processing of your return will be delayed. | |
| 31 | Enter the smaller of line 4a or line 30 | 31 |
| 32 | Subtract line 31 from line 30. If zero, skip to line 40 and enter the amount from line 29; otherwise, continue to line 33 | 32 |
| 33 | Enter the amount shown below for your filing status. | |
| | • Married filing jointly or Qualifying widow(er)—$60,000 | |
| | • Head of household—$50,000 | |
| | • All other filing statuses—$40,000 | 33 |
| 34 | Subtract line 33 from line 3. If zero or less, enter -0- | 34 |
| 35 | Enter the amount from line 33 | 35 |
| 36 | Divide line 34 by line 35. Enter the result as a decimal (rounded to at least three places). If the result is 1.000 or more, enter 1.000 | 36 |
| 37 | Multiply line 32 by $2,000 | 37 |
| 38 | Multiply line 37 by line 36 | 38 |
| 39 | Subtract line 38 from line 37 | 39 |
| 40 | Subtract line 39 from line 29. If zero or less, enter -0-. **This is your additional tax.** If more than zero, enter this amount on Schedule 2 (Form 1040), line 19 | 40 |

Schedule 8812 (Form 1040) 2021

DAA

Case 22-24358-gmh　　Doc 1　　Filed 10/03/22　　Page 27 of 145

Form **8995**

Department of the Treasury
Internal Revenue Service

# Qualified Business Income Deduction
## Simplified Computation

▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-2294

**2021**

Attachment
Sequence No. **55**

Name(s) shown on return
SCOTT W & LYNNE M CHARMOLI

Your taxpayer identification number
***-**-6819

**Note.** You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $164,900 ($164,925 if married filing separately; $329,800 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | HARTFORD FAMILY DENTAL CARE LLC | **-***3588 | -241,999 |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | -241,999 | |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 0 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | 5 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | 145 | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | 145 | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | 9 | 29 |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | 10 | 29 |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 321,151 | |
| 12 | Net capital gain (see instructions) | 12 | 583,520 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 0 | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | 14 | 0 |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) ▶ | | | 15 | 0 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | 16 | 241,999) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | 17 | 0) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Form **8995** (2021)

DAA

Form **8867**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

**Paid Preparer's Due Diligence Checklist**
Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC),
Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and
Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status
▶ To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.
▶ Go to www.irs.gov/Form8867 for instructions and the latest information.

OMB No. 1545-0074

Attachment
Sequence No. **70**

Taxpayer name(s) shown on return
SCOTT W & LYNNE M CHARMOLI

Taxpayer identification number
***-**-6819

Enter preparer's name and PTIN
TOM WHALEN, CPA          *********

**Part I      Due Diligence Requirements**

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I–V
for the benefit(s) claimed (check all that apply).        ☐ EIC    ☒ CTC/ACTC/ODC    ☐ AOTC    ☐ HOH

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did you complete the return based on information for the applicable tax year provided by the taxpayer or reasonably obtained by you? (See instructions if relying on prior year earned income.) | ☒ | | |
| 2 | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-PR, 1040-SS, or Schedule 8812 (Form 1040) instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own that provides the same information, and all related forms and schedules for each credit claimed? | ☒ | | |
| 3 | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. | | | |
| | • Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. | | | |
| | • Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of any credit(s) | ☒ | | |
| 4 | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "Yes," answer questions 4a and 4b. If "No," go to question 5.) | | ☒ | |
| a | Did you make reasonable inquiries to determine the correct, complete, and consistent information? | | | |
| b | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) | | | |
| 5 | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in question 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to figure the amount(s) of the credit(s) | ☒ | | |
| | List those documents provided by the taxpayer, if any, that you relied on: | | | |
| | TAXPAYER RECORDS | | | |
| 6 | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit? | ☒ | | |
| 7 | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? (if credits were disallowed or reduced, go to question 7a; if not, go to question 8.) | ☒ | | |
| a | Did you complete the required recertification Form 8862? | | | |
| 8 | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040)? | | | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **8867** (Rev. 12-2021)

DAA

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 29 of 145

| Part II | Due Diligence Questions for Returns Claiming EIC (If the return does not claim EIC, go to Part III.) | Yes | No | N/A |
|---|---|---|---|---|
| 9a | Have you determined that the taxpayer is eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? **(If the taxpayer is claiming the EIC and does not have a qualifying child, go to question 10.)** | ☐ | ☐ | |
| b | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? | ☐ | ☐ | |
| c | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? | ☐ | ☐ | ☐ |

| Part III | Due Diligence Questions for Returns Claiming CTC/ACTC/ODC (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | Yes | No | N/A |
|---|---|---|---|---|
| 10 | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? | ☒ | | |
| 11 | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the child has not lived with the taxpayer for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? | ☐ | ☐ | ☐ |
| 12 | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? | | | ☒ |

| Part IV | Due Diligence Questions for Returns Claiming AOTC (If the return does not claim AOTC, go to Part V.) | Yes | No |
|---|---|---|---|
| 13 | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? | | |

| Part V | Due Diligence Questions for Claiming HOH (If the return does not claim HOH filing status, go to Part VI.) | Yes | No |
|---|---|---|---|
| 14 | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? | | |

| Part VI | Eligibility Certification |
|---|---|

▶ You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:

A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s);

B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

C. Submit Form 8867 in the manner required; and

D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention*.

   1. A copy of this Form 8867.

   2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

   3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s);

   4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

   5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

▶ If you have not complied with all due diligence requirements, you may have to pay a penalty for each failure to comply related to a claim of an applicable credit or HOH filing status (see instructions for more information).

| | | Yes | No |
|---|---|---|---|
| 15 | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? | ☒ | |

Form **8867** (Rev. 12-2021)

DAA

Form **8960**

Department of the Treasury
Internal Revenue Service  (99)

**Net Investment Income Tax—
Individuals, Estates, and Trusts**

▶ Attach to your tax return.

▶ Go to *www.irs.gov/Form8960* for instructions and the latest information.

OMB No. 1545-2227

**2021**

Attachment
Sequence No. **72**

Name(s) shown on your tax return

SCOTT W & LYNNE M CHARMOLI

Your social security number or EIN

***-**-6819

| Part I | Investment Income | | | |
|---|---|---|---|---|
| | ☐ Section 6013(g) election (see instructions) | | | |
| | ☐ Section 6013(h) election (see instructions) | | | |
| | ☐ Regulations section 1.1411-10(g) election (see instructions) | | | |
| 1 | Taxable interest (see instructions) | | 1 | 3,497 |
| 2 | Ordinary dividends (see instructions) | | 2 | 52,819 |
| 3 | Annuities (see instructions) | | 3 | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) | 4a  -241,999 | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) | 4b  241,999 | | |
| c | Combine lines 4a and 4b | | 4c | |
| 5a | Net gain or loss from disposition of property (see instructions) | 5a  546,169 | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | 5b | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | 5c | | |
| d | Combine lines 5a through 5c | | 5d | 546,169 |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | 6 | |
| 7 | Other modifications to investment income (see instructions) | | 7 | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | | 8 | 602,485 |
| Part II | Investment Expenses Allocable to Investment Income and Modifications | | | |
| 9a | Investment interest expenses (see instructions) | 9a | | |
| b | State, local, and foreign income tax (see instructions) SEE STMT | 9b  2,657 | | |
| c | Miscellaneous investment expenses (see instructions) | 9c | | |
| d | Add lines 9a, 9b, and 9c | | 9d | 2,657 |
| 10 | Additional modifications (see instructions) | | 10 | |
| 11 | Total deductions and modifications. Add lines 9d and 10 | | 11 | 2,657 |
| Part III | Tax Computation | | | |
| 12 | Net investment income. Subtract Part II, line 11, from Part I, line 8. Individuals, complete lines 13-17. Estates and trusts, complete lines 18a–21. If zero or less, enter -0- | | 12 | 599,828 |
| | **Individuals:** | | | |
| 13 | Modified adjusted gross income (see instructions) | 13  360,486 | | |
| 14 | Threshold based on filing status (see instructions) | 14  250,000 | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | 15  110,486 | | |
| 16 | Enter the smaller of line 12 or line 15 | | 16 | 110,486 |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (0.038). Enter here and include on your tax return (see instructions) | | 17 | 4,198 |
| | **Estates and Trusts:** | | | |
| 18a | Net investment income (line 12 above) | 18a | | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) | 18b | | |
| c | Undistributed net investment income. Subtract line 18b from line 18a (see instructions). If zero or less, enter -0- | 18c | | |
| 19a | Adjusted gross income (see instructions) | 19a | | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) | 19b | | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- | 19c | | |
| 20 | Enter the smaller of line 18c or line 19c | | 20 | |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (0.038). Enter here and include on your tax return (see instructions) | | 21 | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **8960** (2021)

DAA

| Form **7203** | | S Corporation Shareholder Stock and Debt Basis Limitations | OMB No. 1545-2302 |
|---|---|---|---|
| (December 2021) | | ▶ Attach to your tax return. | Attachment Sequence No. **203** |
| Department of the Treasury Internal Revenue Service | | ▶ Go to *www.irs.gov/Form7203* for instructions and the latest information. | |

| Name(s) shown on return | Identifying number |
|---|---|
| SCOTT W CHARMOLI | ***–**–6819 |

| Name of S corporation | Employer identification number |
|---|---|
| HARTFORD FAMILY DENTAL CARE LLC | **–***3588 |

Stock block (see instructions) ▶

## Part I  Shareholder Stock Basis

| | | | | |
|---|---|---|---|---|
| 1 | Stock basis at the beginning of the corporation's tax year | | **1** | 320,864 |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year | | **2** | |
| 3a | Ordinary business income (enter losses in Part III) | **3a** | | |
| b | Net rental real estate income (enter losses in Part III) | **3b** | | |
| c | Other net rental income (enter losses in Part III) | **3c** | | |
| d | Interest income | **3d** | | |
| e | Ordinary dividends | **3e** | | |
| f | Royalties | **3f** | | |
| g | Net capital gains (enter losses in Part III) | **3g** | | |
| h | Net section 1231 gain (enter losses in Part III) | **3h** | | |
| i | Other income (enter losses in Part III) | **3i** | | |
| j | Excess depletion adjustment | **3j** | | |
| k | Tax-exempt income | **3k** | | |
| l | Recapture of business credits | **3l** | | |
| m | Other items that increase stock basis | **3m** | | |
| 4 | Add lines 3a through 3m | | **4** | 0 |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 | | **5** | 320,864 |
| 6 | Distributions (excluding dividend distributions) | | **6** | 53,354 |
| | Note: If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions. | | | |
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, skip lines 8 through 14, and enter -0- on line 15 | | **7** | 267,510 |
| 8a | Nondeductible expenses | **8a** | | |
| b | Depletion for oil and gas | **8b** | | |
| c | Business credits (sections 50(c)(1) and (5)) | **8c** | | |
| 9 | Add lines 8a through 8c | | **9** | |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | | **10** | 267,510 |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) | | **11** | 246,999 |
| 12 | Debt basis restoration (see net increase in instructions for line 23) | | **12** | |
| 13 | Other items that decrease stock basis | | **13** | |
| 14 | Add lines 11, 12, and 13 | | **14** | 246,999 |
| 15 | Stock basis at the end of the corporation's tax year. Subtract line 14 from line 10. If the result is zero or less, enter -0- | | **15** | 20,511 |

## Part II  Shareholder Debt Basis

### Section A—Amount of Debt (If more than three debts, see instructions.)

| | Description | Debt 1 ☐ Formal note ☒ Open account debt | Debt 2 ☐ Formal note ☐ Open account debt | Debt 3 ☐ Formal note ☐ Open account debt | Total |
|---|---|---|---|---|---|
| 16 | Loan balance at the beginning of the corporation's tax year | | | | |
| 17 | Additional loans (see instructions) | | | | |
| 18 | Loan balance before repayment. Combine lines 16 and 17 | | | | |
| 19 | Principal portion of debt repayment (this line doesn't include interest) | ( ) | ( ) | ( ) | ( ) |
| 20 | Loan balance at the end of the corporation's tax year. Combine lines 18 and 19 | | | | |

For Paperwork Reduction Act Notice, see separate instructions.  Form **7203** (12-2021)

DAA

TAXPAYER COPY

## Part II  Shareholder Debt Basis (continued)

### Section B—Adjustments to Debt Basis

| | Description | Debt 1 | Debt 2 | Debt 3 | Total |
|---|---|---|---|---|---|
| 21 | Debt basis at the beginning of the corporation's tax year | | | | |
| 22 | Enter the amount, if any, from line 17 | | | | |
| 23 | Debt basis restoration (see instructions) | | | | |
| 24 | Debt basis before repayment. Combine lines 21, 22, and 23 | | | | |
| 25 | Divide line 24 by line 18 | | | | |
| 26 | Nontaxable debt repayment. Multiply line 25 by line 19 | | | | |
| 27 | Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 | 0 | | | |
| 28 | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis | | | | |
| 29 | Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- | 0 | | | |
| 30 | Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) | | | | |
| 31 | **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- | 0 | | | |

### Section C—Gain on Loan Repayment

| | | | | | |
|---|---|---|---|---|---|
| 32 | Repayment. Enter the amount from line 19 | | | | |
| 33 | Nontaxable repayments. Enter the amount from line 26 | | | | |
| 34 | Reportable gain. Subtract line 33 from line 32 | 0 | | | |

## Part III  Shareholder Allowable Loss and Deduction Items

| Description | (b) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|
| 35 Ordinary business loss | 241,999 | | 241,999 | | |
| 36 Net rental real estate loss | | | | | |
| 37 Other net rental loss | | | | | |
| 38 Net capital loss | | | | | |
| 39 Net section 1231 loss | | | | | |
| 40 Other loss | | | | | |
| 41 Section 179 deductions | | | | | |
| 42 Charitable contributions | 5,000 | | 5,000 | | |
| 43 Investment interest expense | | | | | |
| 44 Section 59(e)(2) expenditures | | | | | |
| 45 Other deductions | | | | | |
| 46 Foreign taxes paid or accrued | | | | | |
| 47 Total loss. Combine lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 | 246,999 | | 246,999 | | |

Form **7203** (12-2021)

DAA

| Form **8582** | **Passive Activity Loss Limitations** | OMB No. 1545-1008 |
|---|---|---|
| | ▶ See separate instructions. | **2021** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040-SR, or 1041. ▶ Go to *www.irs.gov/Form8582* for instructions and the latest information. | Attachment Sequence No. **858** |

Name(s) shown on return — SCOTT W & LYNNE M CHARMOLI

Identifying number — \*\*\*-\*\*-6819

### Part I — 2021 Passive Activity Loss

Caution: Complete Parts IV and V before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see *Special Allowance for Rental Real Estate Activities* in the instructions.)

| | | | |
|---|---|---|---|
| 1a Activities with net income (enter the amount from Part IV, column (a)) | 1a | 2,581 | |
| b Activities with net loss (enter the amount from Part IV, column (b)) | 1b | 4,591 | |
| c Prior years' unallowed losses (enter the amount from Part IV, column (c)) | 1c | 88,349 | |
| d Combine lines 1a, 1b, and 1c | | 1d | -90,359 |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 2a Activities with net income (enter the amount from Part V, column (a)) | 2a | | |
| b Activities with net loss (enter the amount from Part V, column (b)) | 2b | | |
| c Prior years' unallowed losses (enter the amount from Part V, column (c)) | 2c | | |
| d Combine lines 2a, 2b, and 2c | | 2d | |

3 Combine lines 1d and 2d. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Report the losses on the forms and schedules normally used ............................ **3** | -90,359

If line 3 is a loss and: • Line 1d is a loss, go to Part II.
• Line 2d is a loss (and line 1d is zero or more), skip Part II and go to line 10.

Caution: If your filing status is married filing separately and you lived with your spouse at any time during the year, do not complete Part II. Instead, go to line 10.

### Part II — Special Allowance for Rental Real Estate Activities With Active Participation

Note: Enter all numbers in Part II as positive amounts. See instructions for an example.

| | | | |
|---|---|---|---|
| 4 Enter the smaller of the loss on line 1d or the loss on line 3 | | 4 | 90,359 |
| 5 Enter $150,000. If married filing separately, see instructions | 5 | 150,000 | |
| 6 Enter modified adjusted gross income, but not less than zero. See instructions | 6 | 360,486 | |
| Note: If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9. Otherwise, go to line 7. | | | |
| 7 Subtract line 6 from line 5 | 7 | | |
| 8 Multiply line 7 by 50% (0.50). Do not enter more than $25,000. If married filing separately, see instructions | | 8 | |
| 9 Enter the smaller of line 4 or line 8 | | 9 | 0 |

### Part III — Total Losses Allowed

| | | |
|---|---|---|
| 10 Add the income, if any, on lines 1a and 2a and enter the total | 10 | 2,581 |
| 11 Total losses allowed from all passive activities for 2021. Add lines 9 and 10. See instructions to find out how to report the losses on your tax return | 11 | 2,581 |

### Part IV — Complete This Part Before Part I, Lines 1a, 1b, and 1c. See instructions.

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 1a) | (b) Net loss (line 1b) | (c) Unallowed loss (line 1c) | (d) Gain | (e) Loss |
| DUPLEX | 2,581 | | 46,258 | | 43,677 |
| FARM | | 4,591 | 42,091 | | 46,682 |
| | | | | | |
| Total. Enter on Part I, lines 1a, 1b, and 1c ▶ | 2,581 | 4,591 | 88,349 | | |

Form **8582** (2021)

DAA

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 34 of 145

## Part V  Complete This Part Before Part I, Lines 2a, 2b, and 2c. See instructions.

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 2a) | (b) Net loss (line 2b) | (c) Unallowed loss (line 2c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Part I, lines 2a, 2b, and 2c ▶ | | | | | |

## Part VI  Use This Part if an Amount Is Shown on Part II, Line 9. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a). |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total ▶ | | | 1.00 | | |

## Part VII  Allocation of Unallowed Losses. See instructions

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| DUPLEX | SCH E1 | 43,677 | 0.4834 | 43,677 |
| FARM | SCH E1 | 46,682 | 0.5166 | 46,682 |
| | | | | |
| | | | | |
| | | | | |
| Total ▶ | | 90,359 | 1.00 | 90,359 |

## Part VIII  Allowed Losses. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| DUPLEX | SCH E1 | 46,258 | 43,677 | 2,581 |
| FARM | SCH E1 | 46,682 | 46,682 | |
| | | | | |
| | | | | |
| | | | | |
| Total ▶ | | 92,940 | 90,359 | 2,581 |

Form 8582 (2021)

DAA

# Form 1040 — Tax Return Reconciliation Worksheet — 2021

Filing Status:  1 ☐ Single   2 ☒ Married filing jointly   3 ☐ Married filing separately   4 ☐ Head of household*   5 ☐ Qualifying widow(er)*

MFS spouse name: _____

*Qualifying person that is a child but not a dependent

| Taxpayer first name and initial | Last name | Taxpayer social security number |
|---|---|---|
| SCOTT W | CHARMOLI | ***-**-6819 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| LYNNE M | CHARMOLI | ***-**-3234 |

Home address (number and street). If you have a P.O. box, see instructions.  565 COTTONWOOD LN   Apt. no. ____   Presidential Election Campaign: Taxpayer ☐  Spouse ☐

City, town or post office, state, and ZIP code.  GRAFTON   WI 53024

Foreign country name ____   Foreign province/state/county ____   Foreign postal code ____

At any time during 2021, did you receive, sell, send, exchange, or otherwise acquire financial interest in any virtual currency?   Yes ☐   No ☒

6a ☒ Taxpayer. If someone can claim you as a dependent, do not check box 6a
b ☒ Spouse

| | |
|---|---|
| Boxes checked on 6a and 6b | 2 |
| Children on 6c who lived with you | 1 |
| Children on 6c who did not live with you | |
| Dependents on 6c not entered above | |
| Total. Add boxes above | 3 |

**6c Dependents:**

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for Child tax credit | Other dependents | If more than four dependents ✓ here ☐ |
|---|---|---|---|---|---|
| | ***-**-5885 | DAUGHTER | | X | |

## Income (Schedule 1)

| | | | | |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | | 8a | 3,497 |
| b | Tax-exempt interest. Do not include on line 8a | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | | 9a | 52,819 |
| b | Qualified dividends | 9b | 37,941 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | | 13 | 546,169 |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | IRA distributions 15a ____ | b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a ____ | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | -241,999 |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation | | 19 | |
| 20a | Social security benefits 20a ____ | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | | 22 | 360,486 |

## Adjusted Gross Income (Schedule 1)

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Reserved for future use | 34 | |
| 35 | Reserved for future use | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 360,486 |

Name   SCOTT W & LYNNE M CHARMOLI     TP TIN   ***-**-6819

| | | | |
|---|---|---|---|
| **Tax and Credits** (Schedules 2, 3) | 38 | Amount from line 37 (adjusted gross income) | 38 | 360,486 |
| **Standard Deduction for—** • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $12,550 Married filing jointly or Qualifying widow(er), $25,100 Head of household, $18,800 | 39a | Check { You were born before January 2, 1957, □ Blind. Spouse was born before January 2, 1957, □ Blind. } Total boxes checked ▶ | 39a | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 39,335 |
| | a | Charitable contributions if you take the standard deduction | 40b | |
| | 41 | Subtract line 40 and 40b from line 38 | 41 | 321,151 |
| | 42 | Qualified business income deduction (see instructions) | 42 | |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 321,151 |
| | 44 | Tax (see instr.). Check if any from: a □ Form(s) 8814 b □ Form 4972 c □ | 44 | 36,053 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 36,053 |
| **Other Taxes** (Schedule 2) | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Schedule 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit/credit for other dependents | 52 | 500 |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a □ 3800 b □ 8801 c □ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | 500 |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 35,553 |
| | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a □ 4137 b □ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Taxes from: a □ Form 8959 b ☒ Form 8960 c □ Instructions; enter code(s) FORM 8960 | 61 | 4,198 |
| | 62 | Section 965 net tax liability installment from Form 965-A | 62 | |
| | 63 | Add lines 56 through 61. This is your total tax ▶ | 63 | 39,751 |
| **Payments** (Schedule 3) | 64 | Federal income tax withheld from: | 64 | |
| | a | Form(s) W-2 | 64a | |
| | b | Form(s) 1099 | 64b | |
| | c | Other forms | 64c | |
| | 65 | 2021 estimated tax payments and amount applied from 2020 return | 65 | 15,000 |
| | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election 66b | | |
| | c | Prior year (2019) earned income 66c | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Recovery rebate credit | 69 | 0 |
| | 70 | Net premium tax credit. Attach Form 8962 | 70 | |
| | 71 | Amount paid with request for extension to file | 71 | |
| | 72 | Excess social security and tier 1 RRTA tax withheld | 72 | |
| | 73 | Credit for federal tax on fuels. Attach Form 4136 | 73 | |
| | 74 | Other payments and refundable credits | 74 | |
| | 75 | Total pymts. Add in 64, 65 66a, 67-74 | 75 | 15,000 |
| **Refund** | 76 | If line 75 is more than line 63, subtract line 63 from line 75. This is the amount you overpaid | 76 | |
| | 77a | Amount of line 76 you want refunded to you. If Form 8888 is attached, check here ▶ □ | 77a | |
| | b | Routing number ▶ | | c Type: □ Checking □ Savings |
| | d | Account number ▶ | | |
| | 78 | Amount of line 76 you want applied to your 2022 estimated tax ▶ 78 | | |
| **Amount You Owe** | 79 | Amount you owe. Subtract line 63 from line 63. For details on how to pay, see instructions ▶ | 79 | 25,045 |
| | 80 | Estimated tax penalty (see instructions) 80 | 294 | |

| Int/Pen | Date filed | Int | Fail to file | Fail to pay | Total |
|---|---|---|---|---|---|

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. □ No. Personal identification no. (PIN)▶ 54913 |
| | Designee's Name ▶ TOM WHALEN, CPA     Phone no. ▶ 920-882-1072 |
| **Other Info** | Taxpayer Daytime phone number    Taxpayer: Occupation RETIRED    IRS Identity Protection PIN |
| | Spouse: Occupation RETIRED    IRS Identity Protection PIN |
| | Taxpayer    Spouse    Email address |

**DUPLEX**

### Statement 1 - Schedule E, Other Type of Property Description

| Description |
| --- |
| SWC JACKSON PROP LLC |

**DUPLEX**

### Statement 2 - Schedule E, Line 19 - Other Expenses

| Description | Gross Amount | Business Use Percentage | Net Amount |
| --- | --- | --- | --- |
| LAWN CARE/SNOW PLOWING | $ 2,884 | | $ 2,884 |
| TOTAL | $ 2,884 | | $ 2,884 |

**FARM**

### Statement 3 - Schedule E, Other Type of Property Description

| Description |
| --- |
| SWC JACKSON PROP LLC |

1-3

TAXPAYER COPY

### Form 1040, Dividend Income

| Payer | Ordinary Dividends | Qualified Dividends | Section 199A Dividends |
|---|---|---|---|
| NATIONAL FINANCIAL SERVICES (0455) | $ 52,819 | $ 37,941 | $ 145 |
| TOTAL | $ 52,819 | $ 37,941 | $ 145 |

### Form 1040, Line 7 - Capital Gain Distributions

| Payer | Capital Gain Distribution |
|---|---|
| NATIONAL FINANCIAL SERVICES (0455) | $ 1,864 |
| TOTAL | $ 1,864 |

TAXPAYER COPY

### Schedule A, Line 5a - State and Local Taxes

| Description | Amount |
|---|---|
| STATE TAX PAYMENTS | $ 5,000 |
| TOTAL INCOME TAXES* | 5,000 |
| | |
| GENERAL SALES TAX | 1,722 |
| TOTAL SALES TAXES | 1,722 |

*INCOME TAXES ARE BEING DEDUCTED

### Schedule A, Line 5b - Real Estate Taxes

| Description | Amount |
|---|---|
| HOME | $ 7,704 |
| VACANT LOT GRAFTON | 1,740 |
| CABIN & LAND - 70 ACRES | 3,861 |
| INVESTMENT LAND - 60 ACRES | 516 |
| TOTAL | $ 13,821 |

### Schedule A, Line 11 - Charitable Contributions by Cash or Check

| Description | Amount |
|---|---|
| ST FRANCIS | $ 12,000 |
| CARMELITE MONASTARY | 10,750 |
| CHURCH | 1,110 |
| CASH CONT FROM K-1 - HARTFORD FAMILY DENTAL CARE LLC | 5,000 |
| TOTAL | $ 28,860 |

TAXPAYER COPY

## DUPLEX

### Schedule E, Line 9 - Insurance

| Description | Gross Amount | Business Use Percentage | Net Amount |
|---|---|---|---|
| INSURANCE  (RENT,  1) | $         1,250 | | $        1,250 |
| TOTAL | $         1,250 | | $        1,250 |

## FARM

### Schedule E, Line 9 - Insurance

| Description | Gross Amount | Business Use Percentage | Net Amount |
|---|---|---|---|
| INSURANCE  (RENT,  2) | $         1,053 | | $        1,053 |
| TOTAL | $         1,053 | | $        1,053 |

TAXPAYER COPY

### Form 8960, Line 9b - State, local, and foreign income tax

| Description | Amount |
|---|---|
| STATE AND LOCAL TAXES | $ 2,657 |
| REASONABLE METH ALLOC PERCENT: 100.0 STATE/LOCAL TAXES ATTRIB TO NII | 2,657 |

TAXPAYER COPY

## Form 8582, Passive Activity Income and Allowed Losses

| Activity Name | Screen | Unit # | Current Year Net Income | Current Year Net Loss | Prior Year Unallowed Loss | Unallowed Loss | Allowed Loss | Form Location |
|---|---|---|---|---|---|---|---|---|
| DUPLEX | E | 1 | $ 2,581 | $ | $ 46,258 | $ 43,677 | $ 2,581 | SCH E PART I |
| FARM | E | 2 | | 4,591 | 42,091 | 46,682 | | SCH E PART I |
| TOTAL | | | $ 2,581 | $ 4,591 | $ 88,349 | $ 90,359 | $ 2,581 | |

## Amount Allocated to Tax Paid in the Following Year

| | Description | | Amount |
|---|---|---|---:|
| WI | | | |
| 1. | 2020 PAYMENT PAID IN 2021 | $ | 0 |
| 2. | 2020 EXTENSION PAID IN 2021 | | 0 |
| 3. | 2020 ADDITIONAL PAYMENT PAID IN 2021 | | 0 |
| 4. | TOTAL 2020 PAYMENTS PAID IN 2021(SUM OF LINES 1 THROUGH 3) | | 0 |
| 5. | TOTAL PAYMENTS ON THE 2020 RETURN | | 36,000 |
| 6. | TOTAL 2020 OVERPAYMENT/REFUND | | 24,575 |
| 7. | 2020 REFUND ATTRIBUTABLE TO TAX PAID IN 2021 | $ | 0 |
| | (LINE 4 DIVIDED BY LINE 5 MULTIPLIED BY LINE 6) | | |
| 8. | STATE/LOCAL TAX REFUND (LINE 6 MINUS LINE 7) | $ | 24,575 |

TAXPAYER COPY

Name
SCOTT W & LYNNE M CHARMOLI

Taxpayer Identification Number
***-**-6819

| | | | 2020 MFJ | 2021 MFJ | Differences |
|---|---|---|---|---|---|
| | Filing Status | | 1 | 1 | |
| | Dependents | | | | |
| | 1. Salaries and wages | 1. | 172,800 | | -172,800 |
| | 2. Interest income | 2. | 10,873 | 3,497 | -7,376 |
| | 3. Tax exempt interest income | 3. | | | |
| | 4. Dividend income | 4. | 51,040 | 52,819 | 1,779 |
| | 5. Qualified dividend income | 5. | 37,181 | 37,941 | 760 |
| | 6. Taxable state/local refunds | 6. | | | |
| | 7. Alimony received | 7. | | | |
| I | 8. Business income/loss | 8. | | | |
| n | 9. Capital gain/loss | 9. | -3,000 | 546,169 | 549,169 |
| c | 10. Other gains/losses | 10. | -86,111 | | 86,111 |
| o | 11. Taxable IRA distributions | 11. | | | |
| m | 12. Taxable pensions | 12. | | | |
| e | 13. Rent and royalty income including farm rental | 13. | | | |
| | 14. Partnership/S corp income | 14. | 285,571 | -241,999 | -527,570 |
| | 15. Estate or trust income | 15. | | | |
| | 16. Farm income/loss | 16. | | | |
| | 17. Unemployment compensation | 17. | 11,616 | | -11,616 |
| | 18. Taxable social security | 18. | | | |
| | 19. Other income | 19. | | | |
| | 20. Total income | 20. | 442,789 | 360,486 | -82,303 |
| A | 21. Moving expenses | 21. | | | |
| d | 22. Deductible part of self-employment tax | 22. | | | |
| j | 23. SEP/SIMPLE/Qualified plans deductions | 23. | | | |
| u | 24. SE health insurance | 24. | | | |
| s | 25. Penalty on early withdrawal of savings | 25. | | | |
| t | 26. Alimony paid | 26. | | | |
| m | 27. IRA deductions | 27. | | | |
| e | 28. Student loan interest | 28. | | | |
| n | 29. Other adjustments | 29. | | | |
| t | 30. Adjusted gross income | 30. | 442,789 | 360,486 | -82,303 |
| s | | | | | |
| | 31. Medical | 31. | | | |
| D | 32. Taxes | 32. | 10,000 | 10,000 | |
| e | 33. Interest | 33. | | | |
| d | 34. Contributions | 34. | 20,475 | 29,335 | 8,860 |
| u | 35. Casualty losses | 35. | | | |
| c | 36. Miscellaneous expenses | 36. | | | |
| t | 37. Allowable itemized deductions | 37. | 30,475 | 39,335 | 8,860 |
| i | 38. Standard deduction (incl charitable contrib w/std ded) | 38. | 24,800 | 25,100 | 300 |
| o | | | ITEMIZED | ITEMIZED | |
| n | 39. Deduction taken | 39. | 30,475 | 39,335 | 8,860 |
| s | 40. Taxable income before Qual Bus Inc Ded (QBID) | 40. | 412,314 | 321,151 | -91,163 |
| | 41. QBID | 41. | 5,699 | 0 | -5,699 |
| | 42. Taxable income | 42. | 406,615 | 321,151 | -85,464 |

Name
SCOTT W & LYNNE M CHARMOLI

Taxpayer Identification Number
***-**-6819

| | | 2020 | 2021 | Differences |
|---|---|---|---|---|
| 43. | Taxable income from 2YR page 1, line 42 | 406,615 | 321,151 | -85,464 |
| 44. | Tax on taxable income | 85,827 | 36,053 | -49,774 |
| 45. | Alternative minimum tax | | | |
| 46. | Excess advance premium tax credit | | | |
| 47. | Child care credit | | | |
| 48. | Education credits | | | |
| 49. | Retirement savings credit | | | |
| 50. | Child & other dependent tax credit | | 500 | 500 |
| 51. | General business credit | | | |
| 52. | Other credits | 1,249 | | -1,249 |
| 53. | Total credits | 1,249 | 500 | -749 |
| 54. | Net tax liability | 84,578 | 35,553 | -49,025 |
| 55. | Self-employment taxes | | | |
| 56. | Other taxes | 2,196 | 4,198 | 2,002 |
| 57. | Total tax | 86,774 | 39,751 | -47,023 |
| 58. | Income tax withheld | 126,217 | | -126,217 |
| 59. | Estimated tax payments | | 15,000 | 15,000 |
| 60. | Earned income credit | | | |
| 61. | Additional Child tax credit | | | |
| 62. | Other refundable tax credits | | | |
| 63. | Other payments | | | |
| 64. | Total payments | 126,217 | 15,000 | -111,217 |
| 65. | Tax due/-refund | -39,443 | 24,751 | 64,194 |
| 66. | Penalties and interest | | 294 | 294 |
| 67. | Net tax due/-refund | -39,443 | 25,045 | 64,488 |
| 68. | Refund applied to estimated tax payments | 15,000 | | -15,000 |
| 69. | Refund received | -24,443 | | 24,443 |
| 70. | Effective tax rate | 21.0 % | 12.0 % | |

T a x   C o m p u t a t i o n

### Two Year Comparison - Tax Reconciliation Marginal Tax Rates

| | 2020 Taxable Income | 2020 Marginal Tax Rate | 2021 Taxable Income | 2021 Marginal Tax Rate |
|---|---|---|---|---|
| Ordinary income | 369,434 | 32.0 % | | 10.0 % |
| Capital income | 37,181 | 15.0 % | 321,151 | 15.0 % |
| Capital - Sec. 1250 | | % | | % |
| Capital - Sec. 1202 | | % | | % |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott W. Charmoli** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lynne M. Charmoli** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**

Aetna, Inc.
c/o CT Corporation System, Reg. Agent
301 S Bedford Street #1
Madison, WI 53703

_____

_____

Contact
_____

Contact phone

**What is the nature of the claim?** Involuntary Plaintiff In 2021CV584, Washington County — $0.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: 　- _____
　　Unsecured claim 　_____

**2**

Alexa Ampe
786 Acadia Avenue
West Bend, WI 53095

_____

**What is the nature of the claim?** Plaintiff in 2021CV585, Washington County — $0.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

| Debtor 1 | Scott W. Charmoli |
|---|---|
| Debtor 2 | Lynne M. Charmoli |

Case number *(if known)* _____

_____
Contact

_____
Contact phone

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:          - _____
    Unsecured claim            _____

---

**3**

**Alexis Buske**
**1114 Wayne Road**
**West Bend, WI 53090**

What is the nature of the claim?     **Plaintiff In 2021CV584,**     $0.00
                                     **Washington County**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

_____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:          - _____
Contact
    Unsecured claim            _____
Contact phone

---

**4**

**April Schrank**
**3970 South Lake Drive, Apt 8**
**St. Francis, WI 53235**

What is the nature of the claim?     **Plaintiff In 2021CV584,**     $0.00
                                     **Washington County**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

_____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:          - _____
Contact
    Unsecured claim            _____
Contact phone

---

**5**

**Aspen American Insurance**
**Company**
**c/o Attorney Joseph Trevino**
**330 E Kilbourn Ave, Suite 1100,**
**Tower 1**
**Milwaukee, WI 53202-6623**

What is the nature of the claim?     **Possible creditor in**     $0.00
                                     **light of recission of**
                                     **policy**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

_____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:          - _____
Contact
    Unsecured claim            _____
Contact phone

---

| Debtor 1 | Scott W. Charmoli | |
|---|---|---|
| Debtor 2 | Lynne M. Charmoli | Case number *(if known)* |

---

**6**

**Bank Five Nine**
**155 W Wisconsin Avenue**
**Oconomowoc, WI 53066**

**What is the nature of the claim?**    credit card purchases    $0.00

**As of the date you file, the claim is:** Check that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　　　-
　　　Unsecured claim

_____
_____
Contact
_____
Contact phone

---

**7**

**Bernard Newman**
**1504 Meridian Avenue**
**West Bend, WI 53095**

**What is the nature of the claim?**    Plaintiff In 2021CV584, Washington County    $0.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　　　-
　　　Unsecured claim

_____
_____
Contact
_____
Contact phone

---

**8**

**Brian K. Smith**
**645 Westridge Drive #7**
**West Bend, WI 53095**

**What is the nature of the claim?**    Plaintiff in 2021CV61, Washington County    $0.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　　　-
　　　Unsecured claim

_____
_____
Contact
_____
Contact phone

---

**9**

**Brian Miller**
**2701 East Main Street, Lot #116**
**Reedsburg, WI 53959**

**What is the nature of the claim?**    Plaintiff In 2021CV584, Washington County    $0.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent

---

B 104 (Official Form 104)　　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　　Page 3

Debtor 1    **Scott W. Charmoli**
Debtor 2    **Lynne M. Charmoli**                          Case number *(if known)*

■  Unliquidated

■  Disputed

☐  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)

Contact                                 Value of security:          -

Contact phone                        Unsecured claim

---

**10**

Bruce Becker
4172 Hidden Creek Court
Jackson, WI 53037

**What is the nature of the claim?**        **Plaintiff In 2021CV584,**        $0.00
                                            **Washington County**

**As of the date you file, the claim is:** Check all that apply

■  Contingent

■  Unliquidated

■  Disputed

☐  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)

Contact                                 Value of security:          -

Contact phone                        Unsecured claim

---

**11**

Caitlin Lamb
2836 Dry Gulch Drive
Jackson, WI 53037

**What is the nature of the claim?**        **Plaintiff in 2021CV585,**        $0.00
                                            **Washington County**

**As of the date you file, the claim is:** Check all that apply

■  Contingent

■  Unliquidated

■  Disputed

☐  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)

Contact                                 Value of security:          -

Contact phone                        Unsecured claim

---

**12**

Cary Rodriguez
114 Rushmore Lane
Hartford, WI 53027

**What is the nature of the claim?**        **Plaintiff In 2021CV584,**        $0.00
                                            **Washington County**

**As of the date you file, the claim is:** Check all that apply

■  Contingent

■  Unliquidated

■  Disputed

☐  None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)           For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims           Page 4

| Debtor 1 | Scott W. Charmoli | | |
|---|---|---|---|
| Debtor 2 | Lynne M. Charmoli | Case number *(if known)* | |

---

Contact

Contact phone

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    - _____
    Unsecured claim        _____

---

**13**

**Catherine Kuche**
**422 Cedar Crest Drive**
**Slinger, WI 53086**

**What is the nature of the claim?**    **Plaintiff In 2021CV584, Washington County**    **$0.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    - _____
    Unsecured claim        _____

Contact

Contact phone

---

**14**

**CGG (a minor child)**
**c/o Attys Mark L. Thomsen &**
**Chad E. Kemp**
**Gingras, Thomsen & Wachs**
**8150 Excelsior Drive**
**Madison, WI 53717**

**What is the nature of the claim?**    **Plaintiff In 2021CV584, Washington County**    **$0.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    - _____
    Unsecured claim       

Contact

Contact phone

---

**15**

**Chad E. Kemp (Attorney)**
**Gingras, Thomsen & Wachs**
**8150 Excelsior Dr**
**Madison, WI 53717**

**What is the nature of the claim?**    **Counsel for various Plaintiffs (2021CV584, Washington Co.) Listed for notice purposes only.**    **$0.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    _____

Contact

---

Debtor 1 **Scott W. Charmoli**
Debtor 2 **Lynne M. Charmoli**

Case number *(if known)* _____

Contact phone _____

Value of security: _____ - _____
Unsecured claim _____

---

| **16** | | | |
|---|---|---|---|

**Cheryl Pechstein**
**N128 W19973 Holy Hill Road**
**Richfield, WI 53076**

What is the nature of the claim? **Plaintiff In 2021CV584, Washington County** **$0.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: _____ - _____
  Unsecured claim _____

Contact _____
Contact phone _____

---

| **17** | | | |
|---|---|---|---|

**Cigna**
**c/o CT Corporation System, Reg. Agent**
**301 S Bedford Street #1**
**Madison, WI 53703**

What is the nature of the claim? **Involuntary Plaintiff In 2021CV584, Washington County** **$0.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: _____ - _____
  Unsecured claim _____

Contact _____
Contact phone _____

---

| **18** | | | |
|---|---|---|---|

**Cindy Schrank**
**6024 Indiana Avenue**
**Cudahy, WI 53110**

What is the nature of the claim? **Plaintiff In 2021CV584, Washington County** **$0.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: _____ - _____
  Unsecured claim _____

Contact _____
Contact phone _____

---

| **19** | | | |
|---|---|---|---|

What is the nature of the claim? **credit card purchases** **$0.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

| Debtor 1 | Scott W. Charmoli | | |
|---|---|---|---|
| Debtor 2 | Lynne M. Charmoli | Case number *(if known)* | |

Citi Card / Costco
PO Box 790046
Saint Louis, MO 63179-0046

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: - _____

Unsecured claim _____

Contact

Contact phone

---

**20**

Claudia J. Foran
4480 Honeywood Lane
Jackson, WI 53037

What is the nature of the claim? **Plaintiff in 2021CV61, Washington County** **$0.00**

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: - _____

Unsecured claim _____

Contact

Contact phone

---

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Scott W. Charmoli**      X **/s/ Lynne M. Charmoli**
Scott W. Charmoli      Lynne M. Charmoli
Signature of Debtor 1      Signature of Debtor 2

Date **October 3, 2022**      Date **October 3, 2022**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott W. Charmoli** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lynne M. Charmoli** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets** |
|---|---|
| | Value of what you own |

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... $        **1,026,900.00**

    1b. Copy line 62, Total personal property, from Schedule A/B.............................................. $        **9,574,935.33**

    1c. Copy line 63, Total of all property on Schedule A/B........................................................ $      **10,601,835.33**

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** |
|---|---|
| | Amount you owe |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $        **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. $        **0.00**

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $        **0.00**

    **Your total liabilities** $        **0.00**

**Part 3:    Summarize Your Income and Expenses**

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*.............................................................. $        **6,850.00**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*........................................................................ $        **6,850.00**

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7.  **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        page 1 of 2

Debtor 1  **Scott W. Charmoli**
Debtor 2  **Lynne M. Charmoli**

Case number *(if known)* _____

the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Scott W. Charmoli** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Lynne M. Charmoli** |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

### 1.1

**565 Cottonwood Lane**
Street address, if available, or other description

**Grafton**  **WI**  **53024-0000**
City  State  ZIP Code

**Ozaukee**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**TIN: 10-157-0027.000 (.57A). The value based on EFMV on tax bill. The Debtors are treating the Revocable Trust as a disregarded entity.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$552,900.00** | **$552,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Property titled to Scott W. & Lynne M. Charmoli Revocable Trust u/a/d May 16, 2003**

■ **Check if this is community property** (see instructions)

Debtor 1  **Scott W. Charmoli**
Debtor 2  **Lynne M. Charmoli**

Case number *(if known)* _____

---

**If you own or have more than one, list here:**

1.2

**523 Cottonwood Lane**

Street address, if available, or other description

**Grafton**          **WI**    **53024-0000**

City          State    ZIP Code

**Ozaukee**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$121,400.00**

Current value of the portion you own?  **$121,400.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Land titled to Scott Charmoli, TOD to Debtors' Revocable Trust u/a/d May 16, 2003**

☑ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**TIN: 10-157-0028.000 (.54A). Vacant parcel adjacent to homestead. The value based on EFMV on tax bill. The Debtors are treating the Revocable Trust as a disregarded entity.**

---

1.3

**If you own or have more than one, list here:**

**W10310 Moonshine Hill Road**

Street address, if available, or other description

**Crivitz**          **WI**    **54114-0000**

City          State    ZIP Code

**Marinette**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$181,900.00**

Current value of the portion you own?  **$181,900.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Titled to Scott W. & Lynne M. Charmoli Revocable Trust u/a/d May 16, 2003**

☑ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**TIN 032-04602.000 - Cabin (5A) with Productive Forest Lands (30.76A). The value based on EFMV on tax bill. The Debtors are treating the Revocable Trust as a disregarded entity.**

---

| Debtor 1 | Scott W. Charmoli | |
|---|---|---|
| Debtor 2 | Lynne M. Charmoli | Case number *(if known)* |

**If you own or have more than one, list here:**

1.4

**34.83A vacant land - Moonshine Hill Rd**

Street address, if available, or other description

| Crivitz | WI | 54114-0000 |
|---|---|---|
| City | State | ZIP Code |

**Marinette**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**TIN 032-04605.000 - Undeveloped (22A) and Productive Forest Lands (12.83A). The value based on EFMV on tax bill. The Debtors are treating the Revocable Trust as a disregarded entity.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$41,100.00** | **$41,100.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Land titled to Scott W. & Lynne M. Charmoli Revocable Trust u/a/d May 16, 2003**

☑ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.5

**61.70A vacant land - Moonshine Hill Rd**

Street address, if available, or other description

| Crivitz | WI | 54114-0000 |
|---|---|---|
| City | State | ZIP Code |

**Marinette**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**TIN 032-04608.000 - Productive Forest Lands (61.70A). The value based on EFMV on tax bill. The Debtors are treating the Revocable Trust as a disregarded entity.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$129,600.00** | **$129,600.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Land titled to Scott W. & Lynne M. Charmoli Revocable Trust u/a/d May 16, 2003**

☑ **Check if this is community property**
(see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..............................................................=>

**$1,026,900.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Scott W. Charmoli** | |
|---|---|---|
| Debtor 2 | **Lynne M. Charmoli** | Case number *(if known)* |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Infinity** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **QX**
Year: **2010**
Approximate mileage: **175000**
Other information:

KBB Trade-In Value based on good condition and mileage

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,404.00 | $4,404.00 |

---

3.2 Make: **Lexus**
Model: **RX 350**
Year: **2011**
Approximate mileage: **120000**
Other information:

KBB Trade-In Value based on good condition and mileage

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $9,836.00 | $9,836.00 |

---

3.3 Make: **Honda**
Model: **CR-V**
Year: **2015**
Approximate mileage: **69000**
Other information:

KBB Trade-In Value based on good condition and mileage

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,557.00 | $16,557.00 |

---

3.4 Make: **Mercedes**
Model: **Benz G-Glass**
Year: **2010**
Approximate mileage: **120,000**
Other information:

KBB Trade-In Value based on good condition and mileage

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $36,380.00 | $36,380.00 |

Debtor 1    **Scott W. Charmoli**
Debtor 2    **Lynne M. Charmoli**

Case number (if known) _____

| 3.5 | Make: | **Toyota** |
| | Model: | **FJ Cruiser** |
| | Year: | **1976** |
| | Approximate mileage: | **approx 200,000** |
| | Other information: | |

**Estimated Value - KBB does not offer classic car pricing; Autotrader provided range of $18K-$35K for similar cars with far less than 100,000 miles. In light of 200,000 miles, the Debtors estimate the FMV to be $13,000.**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$13,000.00** | **$13,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................=>    **$80,177.00**

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   Examples: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | **Typical furniture and appliances (used and well worn) with minimal resale value** | **$2,500.00** |
   | --- | --- |

7. **Electronics**
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | **Typical electronics and cell phones** | **$750.00** |
   | --- | --- |

8. **Collectibles of value**
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

| Debtor 1 | **Scott W. Charmoli** | | |
|---|---|---|---|
| Debtor 2 | **Lynne M. Charmoli** | Case number *(if known)* | |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Clothing (no resale value) | $0.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| Cartier watch, wedding rings (value based on Debtors' estimate). | $3,000.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| Dog (pet - sentimental value only) | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................

| $6,250.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................

| Cash on Hand | $200.00 |
|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................        Institution name:

| 17.1. | **Checking** | Bank Five Nine - Personal Account (x263) | $5,106.25 |
|---|---|---|---|

Debtor 1   **Scott W. Charmoli**
Debtor 2   **Lynne M. Charmoli**                                    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 17.2. | **Checking / Money Market** | **Bank Five Nine - Scott W. & Lynne M. Charmoli Revocable Trust u/a/d May 16, 2003 (x608)** | **$108,357.08** |
| 17.3. | **Checking** | **Bank Five Nine - Lynne M. Charmoli (x942)** | **$557.93** |
| 17.4. | **Savings** | **Kohler Credit Union - Lynne M. Charmoli (x3667)** | **$15,000.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................                Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **S.W. Charmoli Properties, LLC - holds title to .76A vacant land on Main Street in Jackson, WI. Entity also has an account with Bank Five Nine (x873) which has $39,532.27. On August 17, 2022, Valbridge Property Advisors performed an appraisal of the land which indicated a value of $328,100 (after a proposed government acquisition of approximately 200 square feet under eminent domain to rehabilitate State Highway 60).** | **100%** | % | **$367,632.27** |
| **S.W.C. Clinic Property, LLC - owned real estate which was sold to Major Family Dental, LLC and Pako Major for $700,000 on January 4, 2019. Entity has account with Bank Five Nine (x829) with $92.20.** | **100%** | % | **$92.20** |
| **S.W.C. Coastal Properties, LLC - holding company for account with Bank Five Nine (x901) which holds $57,568.96.** | **100** | % | **$57,568.96** |
| **S.W.C. First Properties, LLC - Entity currently has no assets and will be administratively dissolved. The entity sold its property (a vacant lot) in 2019.** | **100%** | % | **$0.00** |

Debtor 1   **Scott W. Charmoli**
Debtor 2   **Lynne M. Charmoli**                                    Case number *(if known)* _____

| | | |
|---|---|---|
| **S.W.C. Jackson Properties, LLC - holds title to N168W21930 Main Street and N168W21962 Main Street in Jackson, Wisconsin. One is a duplex rental and the other is untenantable. N168W21930 Main Street has an EFMV of $152,100 (.39A) and N168W21962 Main Street has an EFMV of $206,500 (1.01A) per current property tax records. Entity also has an account with Bank Five Nine (x857) holding $12,368.14. Value is based on the sum of the EMFV plus the balance of the bank account. The Debtors are actively involved in renting and maintaining the property.** | 100     % | $370,968.14 |
| **S.W.C. Lake Property, LLC - Entity has no property and will be administratively dissolved. Entity solds its assets (lake cottage on Silver Lake) in 2019.** | 100     % | $0.00 |
| **Jackson Family Dentistry, LLC (dissolved 3/13/2020). The entity (along with Dr. Charmoli) holds a claim against Pako Major and Major Family Dental, LLC for breach of contract. That claim is listed as part Dr. Charmoli's assets.** | 100     % | $0.00 |
| **Hartford Family Dental Care, LLC (entity no longer operating - open bank account with Bank Five Nine (x818) holding $6,379.25).** | 100%     % | $6,379.25 |
| **BUDSNBBS, LLC (a Nebraska LLC) - entity owns a vacation home in Arizona (1856 North Atwood, Mesa, AZ 85207) which the Debtors estimate has a fair market value of $1.26 million per 2022 tax bill valuation.** | 50%     % | $630,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☑ No
   ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ☑ Yes. List each account separately.
          Type of account:                    Institution name:

| | |
|---|---|
| **Thrivent NQ Mutual Fund (value as of 9/30/2022)** | $1,648,150.18 |
| **Thrivent IRA - Lynne Charmoli (value as of 8/31/2022)** | $455,395.19 |

Debtor 1   **Scott W. Charmoli**
Debtor 2   **Lynne M. Charmoli**                                    Case number *(if known)*

| | |
|---|---|
| **Thrivent IRA - Scott W. & Lynne M. Charmoli Revocable Trust (value as of 8/31/2022)** | **$2,229,022.48** |
| **Thrivent IRA - Scott Charmoli (value as of 8/31/2022)** | **$1,543,295.59** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| **EdVest account (Debtors' daughter is beneficiary) - balance as of Sept 2022** | **$95,826.01** |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---|
| **Scott W. and Lynne M. Charmoli Revocable Trust u/a/d May 16, 2003 (treated as a disregarded entity for this bankrutpcy; assets included in Schedules)** | **$0.00** |
| **Scott W. Charmoli Irrevocable Life Insurance Trust (created in 2003 - trust does not own any policies)** | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No

Official Form 106A/B                     Schedule A/B: Property                     page 9

| Debtor 1 | **Scott W. Charmoli** | | |
|---|---|---|---|
| Debtor 2 | **Lynne M. Charmoli** | Case number *(if known)* | |

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

■ Yes. Give specific information..

| | |
|---|---|
| **Dr. Charmoli is owed wages based on an Associate Dentist Employment Agreement with Jackson Family Dental, LLC. The claim is being litigated in Washington County Case No. 2019CV624, Jackson Family Dentistry, LLC v. Major Dental Partners, LLC. The value is based on an approximation.** | $100,000.00 |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **NML Life Insurance - cash surrender value as of March 2022** | **Scott W. & Lynne M. Charmoli Revocable Trust u/a/d May 16, 2003** | $261,623.05 |
| **Knights of Columbus Insurance Policy - Cash Surrender Value (Debtor is insured)** | | $22,520.38 |
| **Knights of Columbus Insurance Policy - Cash Surrender Value (Debtor is insured)** | | $13,352.95 |
| **NML Life Insurance on Grace Charmoli - cash surrender value as of March 2022** | **Scott W. Charmoli (Lynne M. Charmoli is contingent beneficiary)** | $14,043.01 |
| **NML Life Insurance on Victoria Charmoli - cash surrender value as of March 2022** | **Scott W. Charmoli (Lynne M. Charmoli is contingent beneficiary)** | $16,063.41 |
| **NML Life Insurance on Scott W. Charmoli - cash surrender value as of March 2022** | | $27,354.00 |

Debtor 1    **Scott W. Charmoli**
Debtor 2    **Lynne M. Charmoli**           Case number *(if known)* _____

| | | |
|---|---|---|
| **Aspen American Insurance Company - Mr. Charmoli holds a professiaonl liability insurance policy which provides up to $4 million in professional liability insurance coverage plus defense costs. In August 2022, Aspen tendered a notice of rescission. The Debtors will file an applicaton to employ Weiss Law Office to negotiate (and, if necessary) litigate) the coverage of the policies.** | **Scott Charmoli** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

| | |
|---|---|
| **Jackson Family Dental, LLC, Major Dental Partners, LLC and Pako Major owe $1.5M (based on principal and interest, which continues to accrue) on the purchase of Debtor's dental practice (Washington County Case No.2019CV624).** | **$1,500,000.00** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................................................**  | **$9,488,508.33** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

| | $0.00 |
|---|---|

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................................ | $1,026,900.00 |
| 56. | **Part 2: Total vehicles, line 5** | $80,177.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $6,250.00 |
| 58. | **Part 4: Total financial assets, line 36** | $9,488,508.33 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 |

62. **Total personal property.** Add lines 56 through 61...    $9,574,935.33    Copy personal property total    $9,574,935.33

63. **Total of all property on Schedule A/B.** Add line 55 + line 62

| | $10,601,835.33 |
|---|---|

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Scott W. Charmoli** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Lynne M. Charmoli** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **565 Cottonwood Lane Grafton, WI 53024  Ozaukee County TIN: 10-157-0027.000 (.57A). The value based on EFMV on tax bill. The Debtors are treating the Revocable Trust as a disregarded entity.** <br>Line from Schedule A/B: **1.1** | $552,900.00 | ■ $150,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.20** |
| **2010 Infinity QX 175000 miles KBB Trade-In Value based on good condition and mileage** <br>Line from Schedule A/B: **3.1** | $4,404.00 | ■ $4,404.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(g)** |
| **2011 Lexus RX 350 120000 miles KBB Trade-In Value based on good condition and mileage** <br>Line from Schedule A/B: **3.2** | $9,836.00 | ■ $9,836.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(g)** |
| **2015 Honda CR-V 69000 miles KBB Trade-In Value based on good condition and mileage** <br>Line from Schedule A/B: **3.3** | $16,557.00 | ■ $11,510.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(g)** |

| Debtor 1 | **Scott W. Charmoli** | |
|----------|----------------------|---|
| Debtor 2 | **Lynne M. Charmoli** | Case number (if known) _____ |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Typical furniture and appliances (used and well worn) with minimal resale value**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(d)** |
| **Typical electronics and cell phones**<br>Line from *Schedule A/B*: **7.1** | $750.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(d)** |
| **Clothing (no resale value)**<br>Line from *Schedule A/B*: **11.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(d)** |
| **Cartier watch, wedding rings (value based on Debtors' estimate).**<br>Line from *Schedule A/B*: **12.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(d)** |
| **Checking: Bank Five Nine - Personal Account (x263)**<br>Line from *Schedule A/B*: **17.1** | $5,106.25 | ■ $5,106.25<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(k)** |
| **Checking / Money Market: Bank Five Nine - Scott W. & Lynne M. Charmoli Revocable Trust u/a/d May 16, 2003 (x608)**<br>Line from *Schedule A/B*: **17.2** | $108,357.08 | ■ $4,893.75<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(k)** |
| **S.W.C. Jackson Properties, LLC - holds title to N168W21930 Main Street and N168W21962 Main Street in Jackson, Wisconsin.  One is a duplex rental and the other is untenantable. N168W21930 Main Street has an EFMV of $152,100 (.39A) and N168W21962 Main Street**<br>Line from *Schedule A/B*: **19.5** | $370,968.14 | ■ $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(b)** |
| **Thrivent IRA - Lynne Charmoli (value as of 8/31/2022)**<br>Line from *Schedule A/B*: **21.2** | $455,395.19 | ■ $455,395.19<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(j)** |
| **Thrivent IRA - Scott W. & Lynne M. Charmoli Revocable Trust (value as of 8/31/2022)**<br>Line from *Schedule A/B*: **21.3** | $2,229,022.48 | ■ $2,229,022.48<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(j)** |
| **Thrivent IRA - Scott Charmoli (value as of 8/31/2022)**<br>Line from *Schedule A/B*: **21.4** | $1,543,295.59 | ■ $1,543,295.59<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(j)** |

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 70 of 145

| Debtor 1 | **Scott W. Charmoli** | | |
|---|---|---|---|
| Debtor 2 | **Lynne M. Charmoli** | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **EdVest account (Debtors' daughter is beneficiary) - balance as of Sept 2022**<br>Line from *Schedule A/B*: **24.1** | $95,826.01 | ■ $95,826.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. §§ 815.18(3)(p)** |
| **NML Life Insurance - cash surrender value as of March 2022**<br>**Beneficiary: Scott W. & Lynne M. Charmoli Revocable Trust u/a/d May 16, 2003**<br>Line from *Schedule A/B*: **31.1** | $261,623.05 | ■ $261,623.05<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(f)(2)** |
| **Knights of Columbus Insurance Policy - Cash Surrender Value (Debtor is insured)**<br>Line from *Schedule A/B*: **31.2** | $22,520.38 | ■ $22,520.38<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(f)(2)** |
| **Knights of Columbus Insurance Policy - Cash Surrender Value (Debtor is insured)**<br>Line from *Schedule A/B*: **31.3** | $13,352.95 | ■ $13,352.95<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(f)(2)** |
| **NML Life Insurance on Scott W. Charmoli - cash surrender value as of March 2022**<br>Line from *Schedule A/B*: **31.6** | $27,354.00 | ■ $2,503.62<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(f)(2)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott W. Charmoli** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lynne M. Charmoli** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott W. Charmoli** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Lynne M. Charmoli** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service**<br>Priority Creditor's Name<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br>Number Street City State Zip Code |
|---|---|

Last 4 digits of account number _____     **$0.00**     **$0.00**     **$0.00**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

25576

Debtor 1 **Scott W. Charmoli**
Debtor 2 **Lynne M. Charmoli**

Case number (*if known*) _____

| 2.2 | **Wisconsin Department of Revenue** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**P.O. Box 8981**
**Madison, WI 53708-8981**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice Only**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Aetna, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o CT Corporation System, Reg. Agent**
**301 S Bedford Street #1**
**Madison, WI 53703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Involuntary Plaintiff In 2021CV584, Washington County**

---

Debtor 1   **Scott W. Charmoli**

Debtor 2   **Lynne M. Charmoli**

Case number (*if known*) _____

---

| 4.2 | **Alexa Ampe** |
|---|---|

Nonpriority Creditor's Name

**786 Acadia Avenue**
**West Bend, WI 53095**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Plaintiff in 2021CV585, Washington County**

---

| 4.3 | **Alexis Buske** |
|---|---|

Nonpriority Creditor's Name

**1114 Wayne Road**
**West Bend, WI 53090**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

| 4.4 | **April Schrank** |
|---|---|

Nonpriority Creditor's Name

**3970 South Lake Drive, Apt 8**
**St. Francis, WI 53235**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 75 of 145

| 4.5 | **Aspen American Insurance Company** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Attorney Joseph Trevino**
**330 E Kilbourn Ave, Suite 1100,**
**Tower 1**
**Milwaukee, WI 53202-6623**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Possible creditor in light of recission of policy**

---

| 4.6 | **Bank Five Nine** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**155 W Wisconsin Avenue**
**Oconomowoc, WI 53066**

When was the debt incurred?  **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

As of the date you file, the claim is: Check all that apply

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **credit card purchases**

---

| 4.7 | **Bernard Newman** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1504 Meridian Avenue**
**West Bend, WI 53095**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 76 of 145

Debtor 1    **Scott W. Charmoli**
Debtor 2    **Lynne M. Charmoli**                                    Case number (if known) _____

| 4.8 | **Brian K. Smith** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**645 Westridge Drive #7**
**West Bend, WI 53095**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Plaintiff in 2021CV61, Washington County**

---

| 4.9 | **Brian Miller** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**2701 East Main Street, Lot #116**
**Reedsburg, WI 53959**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Plaintiff In 2021CV584, Washington County**

---

| 4.10 | **Bruce Becker** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**4172 Hidden Creek Court**
**Jackson, WI 53037**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Plaintiff In 2021CV584, Washington County**

---

Debtor 1   **Scott W. Charmoli**
Debtor 2   **Lynne M. Charmoli**                                Case number (if known) _____

| 4.1 1 | | | |

**Caitlin Lamb**
Nonpriority Creditor's Name
**2836 Dry Gulch Drive**
**Jackson, WI 53037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Plaintiff in 2021CV585, Washington County**

---

| 4.1 2 | | | |

**Cary Rodriguez**
Nonpriority Creditor's Name
**114 Rushmore Lane**
**Hartford, WI 53027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

| 4.1 3 | | | |

**Catherine Kuche**
Nonpriority Creditor's Name
**422 Cedar Crest Drive**
**Slinger, WI 53086**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

Debtor 1    **Scott W. Charmoli**

Debtor 2    **Lynne M. Charmoli**

Case number (*if known*) _____

| 4.14 | **CGG (a minor child)** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Attys Mark L. Thomsen & Chad**
**E. Kemp**
**Gingras, Thomsen & Wachs**
**8150 Excelsior Drive**
**Madison, WI 53717**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

| 4.15 | **Chad E. Kemp (Attorney)** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Gingras, Thomsen & Wachs**
**8150 Excelsior Dr**
**Madison, WI 53717**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Counsel for various Plaintiffs (2021CV584, Washington Co.) Listed for notice purposes only.**

Debtor 1  **Scott W. Charmoli**
Debtor 2  **Lynne M. Charmoli**

Case number (if known) _____

---

**4.1 6**

**Cheryl Pechstein**

Nonpriority Creditor's Name

**N128 W19973 Holy Hill Road**
**Richfield, WI 53076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____       **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

**4.1 7**

**Cigna**

Nonpriority Creditor's Name

**c/o CT Corporation System, Reg. Agent**
**301 S Bedford Street #1**
**Madison, WI 53703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____       **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Involuntary Plaintiff In 2021CV584, Washington County**

---

**4.1 8**

**Cindy Schrank**

Nonpriority Creditor's Name

**6024 Indiana Avenue**
**Cudahy, WI 53110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____       **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

Debtor 1  **Scott W. Charmoli**
Debtor 2  **Lynne M. Charmoli**

Case number (if known) _____

---

**4.1 9**

**Citi Card / Costco**
Nonpriority Creditor's Name
**PO Box 790046**
**Saint Louis, MO 63179-0046**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **credit card purchases**

---

**4.2 0**

**Claudia J. Foran**
Nonpriority Creditor's Name
**4480 Honeywood Lane**
**Jackson, WI 53037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff in 2021CV61, Washington County**

---

**4.2 1**

**Delta Dental**
Nonpriority Creditor's Name
**c/o Douglas Ballweg, Reg. Agent**
**2801 Hoover Road**
**Stevens Point, WI 54481**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Involuntary Plaintiff In 2021CV584, Washington County**

---

Debtor 1  **Scott W. Charmoli**

Debtor 2  **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.2 2 | **Delta Dental of Wisconsin** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2801 Hoover Road**

**Stevens Point, WI 54481**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Involuntary Plaintiff in 2021CV585, Washington County**

---

| 4.2 3 | **Diane Widmann** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**W168 N21700 Main Street,Lot 145**

**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

| 4.2 4 | **Eugene Reese** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**W168 N10325 Wild Rose Lane**

**Germantown, WI 53022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

Debtor 1 **Scott W. Charmoli**

Debtor 2 **Lynne M. Charmoli**

Case number (*if known*) _____

---

| 4.2 5 | |
|---|---|

**Heather Anders**

Nonpriority Creditor's Name

**3095 Center Road**

**Cedarburg, WI 53012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

| 4.2 6 | |
|---|---|

**Heather Fergus**

Nonpriority Creditor's Name

**1118 Park Avenue**

**West Bend, WI 53090**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

| 4.2 7 | |
|---|---|

**Heather Puls**

Nonpriority Creditor's Name

**3466 Lovers Lane**

**Slinger, WI 53086**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

Debtor 1  **Scott W. Charmoli**

Debtor 2  **Lynne M. Charmoli**

Case number (*if known*) _____

---

| 4.2 8 | **Heather VanSwol** |
|---|---|

Nonpriority Creditor's Name

**W162 N11657 Park Avenue**
**Germantown, WI 53022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

| 4.2 9 | **Heidi Dubord** |
|---|---|

Nonpriority Creditor's Name

**3115 Lilly Road, Unit 100**
**Brookfield, WI 53005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

| 4.3 0 | **Holly Helmers** |
|---|---|

Nonpriority Creditor's Name

**N170 W19959 Willow Ridge Drive**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

Case 22-24358-gmh    Doc 1    Filed 10/03/22    Page 84 of 145

Debtor 1  **Scott W. Charmoli**

Debtor 2  **Lynne M. Charmoli**

Case number (if known) _____

---

**4.3
1**

**Holly Loepfe**

Nonpriority Creditor's Name

**N168 W20270 Main Street**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

**4.3
2**

**Humana Delta Insurance Company**

Nonpriority Creditor's Name

**c/o Corporation Service Company, RA**
**8040 Excelsior Drive, Suite 400**
**Madison, WI 53717**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Involuntary Plaintiff In 2021CV584, Washington County**

---

**4.3
3**

**Jacqueline Bradway**

Nonpriority Creditor's Name

**W213 N16590 Glenbrooke Drive**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

Debtor 1  **Scott W. Charmoli**

Debtor 2  **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.3 4 | **James J. Gende II (Attorney)** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Gende Law Office, SC**
**N28W23000 Roundy Dr Ste 200**
**Pewaukee, WI 53072**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Counsel for Morgen Hoepner & Kelly Gruber (2021CV496, Washington Co.). Listed for notice purposes only.**

---

| 4.3 5 | **James Schober** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**N160 W20346 Silver Creek Lane**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

| 4.3 6 | **Jeffrey Rossman** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**3642 Briarwood Drive**
**Cedarburg, WI 53012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

Debtor 1 **Scott W. Charmoli**

Debtor 2 **Lynne M. Charmoli**

Case number (if known) _____

---

**4.37**

| | |
|---|---|
| **Jeffrey Voight** | |
| Nonpriority Creditor's Name | |
| **1836 Linden Street** | |
| **Grafton, WI 53024** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff in 2021CV61, Washington County**

---

**4.38**

| | |
|---|---|
| **Jena Carlin** | |
| Nonpriority Creditor's Name | |
| **5626 Yellowstone Drive** | |
| **Auburndale, WI 54412** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff in 2021CV585, Washington County**

---

**4.39**

| | |
|---|---|
| **Jennifer G. Marek** | |
| Nonpriority Creditor's Name | |
| **510 Paul Avenue** | |
| **Campbellsport, WI 53010** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff in 2021CV61, Washington County**

---

Debtor 1   **Scott W. Charmoli**

Debtor 2   **Lynne M. Charmoli**

Case number (*if known*) _____

---

| 4.4 0 | **Jennifer Rossman** | | **Last 4 digits of account number** _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**3642 Briarwood Drive**
**Cedarburg, WI 53012**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

| 4.4 1 | **Jerome Roskopf** | | **Last 4 digits of account number** _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**982 Pleasant Valley Road**
**West Bend, WI 53095**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff in 2021CV585, Washington County**

---

| 4.4 2 | **Jessica Thompson** | | **Last 4 digits of account number** _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**1240 Wayne Road, Apt 102**
**West Bend, WI 53090**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

Debtor 1  **Scott W. Charmoli**

Debtor 2  **Lynne M. Charmoli**

Case number (*if known*) _____

---

| 4.4<br>3 | **John Gouger** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1693 Highland Drive**

**Grafton, WI 53024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

| 4.4<br>4 | **John Schuster** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**N168 W21700 Main Street, Lot 293**

**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

| 4.4<br>5 | **Joseph Cavanagh a/k/a Joseph Cavanaugh** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2954 South Mayfield Road**

**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff in 2021CV61, Washington County**

---

Debtor 1   **Scott W. Charmoli**

Debtor 2   **Lynne M. Charmoli**

Case number (if known) _____

---

**4.4 6**

**Julia A. Ciha**

Nonpriority Creditor's Name

**8509 Stickney Avenue, Upper**
**Milwaukee, WI 53226**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff in 2021CV61, Washington County**

---

**4.4 7**

**Karin Sinclair**

Nonpriority Creditor's Name

**2658 Pleasant Valley Road**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff in 2021CV585, Washington County**

---

**4.4 8**

**Kathleen Amundson**

Nonpriority Creditor's Name

**1111 Pleasant Valley Road**
**West Bend, WI 53095**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff in 2021CV585, Washington County**

---

Debtor 1    **Scott W. Charmoli**

Debtor 2    **Lynne M. Charmoli**

Case number (*if known*) _____

| 4.4 9 | **Kelly Griesemer** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**530 Evergreen Terrace**
**Kewaskum, WI 53040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

| 4.5 0 | **Kelly Gruber** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**111 Parkway Drive**
**Slinger, WI 53086**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Plaintiff in 2021CV496, Washington County**

| 4.5 1 | **Kevin Oechsner** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**3792 Overlook Drive West**
**Hubertus, WI 53033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

Debtor 1 **Scott W. Charmoli**

Debtor 2 **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.5 2 | **Kimberly Treider** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2890 Woodland Drive**

**Jackson, WI 53037**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

| 4.5 3 | **Laura L. Amundson** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**6920 W. Bonniwell Road**

**Mequon, WI 53097**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Plaintiff in 2021CV61, Washington County**

---

| 4.5 4 | **Laura VanSwol** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**5335 Apache Trail**

**Hartford, WI 53027**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

Debtor 1  **Scott W. Charmoli**
Debtor 2  **Lynne M. Charmoli**

Case number (if known) _____

| 4.5 5 | **Leanne Ehlke** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1515 South Indiana Avenue**
**West Bend, WI 53095**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

- ☑ Other. Specify **Plaintiff in 2021CV585, Washington County**

| 4.5 6 | **Leslie Delain** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**N132 W15599 Rockfield Road**
**Germantown, WI 53022**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

- ☑ Other. Specify  **Plaintiff In 2021CV584, Washington County**

| 4.5 7 | **Major Dental Partners, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1380 E. Winkler Lane**
**Milwaukee, WI 53217**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

- ☑ Other. Specify  **Counterclaims in Washington Cty. Case No. 2019CV624**

Debtor 1 **Scott W. Charmoli**
Debtor 2 **Lynne M. Charmoli**

Case number (*if known*) _____

| 4.5 8 | **Mark L. Thomsen (Attorney)** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Gingras, Thomsen & Wachs**
**219 N Milwaukee St Ste 520**
**Milwaukee, WI 53202**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Counsel for various Plaintiffs (2021CV584, Washington Co.). Listed for notice purposes only.**

---

| 4.5 9 | **Mark Spellman** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**W204 N17340 Jackson Drive**
**Jackson, WI 53037**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

| 4.6 0 | **Mary Glocke** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**W195 N17307 English Oaks Drive**
**Jackson, WI 53037**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Plaintiff in 2021CV585, Washington County**

---

Debtor 1   **Scott W. Charmoli**

Debtor 2   **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.6 1 | **Mary Spellman** |
|---|---|

Nonpriority Creditor's Name

**W204 N17340 Jackson Drive**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

| 4.6 2 | **Matthew Kannenberg** |
|---|---|

Nonpriority Creditor's Name

**N166 W20804 Parkway Drive**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Plaintiff in 2021CV585, Washington County**

---

| 4.6 3 | **Matthew Oechsner** |
|---|---|

Nonpriority Creditor's Name

**3792 Overlook Drive West**
**Hubertus, WI 53033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

Debtor 1   **Scott W. Charmoli**

Debtor 2   **Lynne M. Charmoli**

Case number (*if known*) _____

---

4.6
4

**Melissa Czinner**

Nonpriority Creditor's Name

**N16 W20180 Hemlock Street**
**Jackson, WI 53037**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

4.6
5

**Metropolitan Life Insurance Company**

Nonpriority Creditor's Name

**c/o CT Corporation System, Reg. Agent**
**301 S Bedford Street #1**
**Madison, WI 53703**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Subrogated Plaintiff in 2021CV61, Washington County**

---

4.6
6

**Michael Vorwerk**

Nonpriority Creditor's Name

**179 Sherman Road**
**Jackson, WI 53037**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

Debtor 1  **Scott W. Charmoli**

Debtor 2  **Lynne M. Charmoli**

Case number (*if known*) _____

| | |
|---|---|
| **4.6 7** | |

**Michelle Kahelski**
Nonpriority Creditor's Name

**N168 W21700 Main Street**
**Jackson, WI 53037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

| | |
|---|---|
| **4.6 8** | |

**Mitchell E. Kali**
Nonpriority Creditor's Name

**915 North 10th Avenue**
**Wausau, WI 54401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Plaintiff in 2021CV61, Washington County**

---

| | |
|---|---|
| **4.6 9** | |

**Morgen Hoepner**
Nonpriority Creditor's Name

**N168 W20210 Main Street**
**Jackson, WI 53037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Plaintiff in 2021CV496, Washington County**

Debtor 1  **Scott W. Charmoli**

Debtor 2  **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.70 | **Naomi Soldon (Attorney)** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name

**Soldon McCoy, LLC**
**3934 Harcourt Place**
**Shorewood, WI 53211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Counsel for Involuntary Plaintiff Humana Delta Insurance Company (2021 CV 584, Washington Co). Listed for notice purposes only.**

---

| 4.71 | **Nathantial Czinner** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**N16 W20180 Hemlock Street**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

| 4.72 | **Nellie Farrell** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**21709 N. Weather Edge Circle**
**Lannon, WI 53046**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

Debtor 1    **Scott W. Charmoli**

Debtor 2    **Lynne M. Charmoli**                                    Case number (if known) _____

---

| 4.7 3 | **Pako Major** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**1380 E. Winkler Lane**

**Milwaukee, WI 53217**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Counterclaims in Washington Cty. Case No. 2019CV624**

---

| 4.7 4 | **Pamela A. Kenner** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**433 Maple Street**

**Grafton, WI 53024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Plaintiff in 2021CV61, Washington County**

---

| 4.7 5 | **Patrick Cody** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**2536 Tumbleweed Circle**

**West Bend, WI 53095**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Plaintiff in 2021CV585, Washington County**

---

| 4.76 | **Patrick Pryor** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**N173 W20148 Crestview Drive**
**Jackson, WI 53037**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

| 4.77 | **Paul Delain** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**N132 W15599 Rockfield Road**
**Germantown, WI 53022**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

| 4.78 | **Paul Kuche** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**422 Cedar Crest Drive**
**Slinger, WI 53086**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

Debtor 1 **Scott W. Charmoli**

Debtor 2 **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.7 9 | **Peggy Kuebler** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**W205 N17256 Colonial Lane**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

| 4.8 0 | **Plaintiffs in State Court Civil Cases** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.8 1 | **Renee Schmidt** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2275 Brookside Drive**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

Debtor 1 **Scott W. Charmoli**

Debtor 2 **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.8 2 | **Robert Kreutzer** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**W207 N17173 Parkview Drive**
**Jackson, WI 53037**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

| 4.8 3 | **Ronald C. Foran** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**4480 Honeywood Lane**
**Jackson, WI 53037**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Plaintiff in 2021CV61, Washington County**

---

| 4.8 4 | **Ronald Pechstein** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**N128 W19973 Holy Hill Road**
**Richfield, WI 53076**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

Debtor 1 **Scott W. Charmoli**
Debtor 2 **Lynne M. Charmoli**

Case number (*if known*) _____

| | |
|---|---|
| 4.8 5 | |

**Russell Oechsner**

Nonpriority Creditor's Name
**3792 Overlook Drive West**
**Hubertus, WI 53033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

| | |
|---|---|
| 4.8 6 | |

**Ryan Oechsner**

Nonpriority Creditor's Name
**3792 Overlook Drive West**
**Hubertus, WI 53033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

| | |
|---|---|
| 4.8 7 | |

**Ryan Ogren (Attorney)**

Nonpriority Creditor's Name
**Karp & Iancu SC**
**933 N Mayfair Rd Ste 200**
**Milwaukee, WI 53226**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Counsel for Julia A. Ciha & Joseph Cavanagh (2021CV61, Washington Co). Listed for notice purposes only.**

---

Debtor 1  **Scott W. Charmoli**
Debtor 2  **Lynne M. Charmoli**                          Case number (if known) _____

| 4.8 8 | **Sandra Mieritz** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4234 Woodland Court**
**Jackson, WI 53037**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

| 4.8 9 | **Sara Sauer** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3120 Mile View Road**
**West Bend, WI 53095**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify  **Plaintiff In 2021CV584, Washington County**

---

| 4.9 0 | **Shelley Wicke** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**632 Creekwood Drive**
**West Bend, WI 53095**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify  **Plaintiff in 2021CV585, Washington County**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 32 of 39

| 4.9<br>1 | **Steve Piotrowski** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**N169 W19862 Chesnut Circle #7**
**Jackson, WI 53037**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Plaintiff in 2021CV585, Washington County**

---

| 4.9<br>2 | **Susan Chapman** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**1016 Eder Lane**
**West Bend, WI 53095**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Plaintiff in 2021CV585, Washington County**

---

| 4.9<br>3 | **Susan Oechsner** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**3792 Overlook Drive West**
**Hubertus, WI 53033**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

Debtor 1  **Scott W. Charmoli**

Debtor 2  **Lynne M. Charmoli**

Case number (if known) _____

---

**4.9 4**

**Thomas A. Ogorchock (Attorney)**

Nonpriority Creditor's Name

**Miller & Ogorchock SC**
**788 N Jefferson St, Suite 702**
**Milwaukee, WI 53202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____       **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Counsel to Plaintiffs (2021CV585, Washington Co.) Listed for notice purposes only.**

---

**4.9 5**

**Thomas Griesemer**

Nonpriority Creditor's Name

**530 Evergreen Terrace**
**Kewaskum, WI 53040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____       **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

**4.9 6**

**Thomas Kahelski**

Nonpriority Creditor's Name

**N168 W21700 Main Street**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____       **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiff In 2021CV584, Washington County**

---

Debtor 1 **Scott W. Charmoli**

Debtor 2 **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.9 7 | **Timothy Schuh** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**W204 N17340 Jackson Drive**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Plaintiff In 2021CV584, Washington County**

---

| 4.9 8 | **Tracy L. Nickodern** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2860 Division Road**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Plaintiff in 2021CV61, Washington County**

---

| 4.9 9 | **Tracy L. Wheeler** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**W201 N11478 Oakview Avenue**
**Germantown, WI 53022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Plaintiff in 2021CV61, Washington County**

---

Debtor 1 **Scott W. Charmoli**

Debtor 2 **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.1 00 | **Travis Griesemer** | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name

**530 Evergreen Terrace**
**Kewaskum, WI 53040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

| 4.1 01 | **Trent Griesemer** | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name

**530 Evergreen Terrace**
**Kewaskum, WI 53040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

| 4.1 02 | **Troy Kuebler** | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name

**W205 N17256 Colonial Lane**
**Jackson, WI 53037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

Debtor 1 **Scott W. Charmoli**

Debtor 2 **Lynne M. Charmoli**

Case number (if known) _____

---

| 4.1 03 | | | |
|---|---|---|---|

**Victor C. Harding (Attorney)**
Nonpriority Creditor's Name

**Warshafsky, Rotter, Tarnoff & Bloch SC**

**839 N Jefferson St # 300**

**Milwaukee, WI 53202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Counsel for various Plaintiffs (2021CV61, Washington Co.) Listed for notice purposes only.**

---

| 4.1 04 | | | |
|---|---|---|---|

**Walter Krueger**
Nonpriority Creditor's Name

**W172 N12834 Division Road**

**Germantown, WI 53022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Plaintiff In 2021CV584, Washington County**

---

| 4.1 05 | | | |
|---|---|---|---|

**William E. Arkens**
Nonpriority Creditor's Name

**1409 Jefferson Street**

**West Bend, WI 53090**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Plaintiff in 2021CV61, Washington County**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

Debtor 1  **Scott W. Charmoli**

Debtor 2  **Lynne M. Charmoli**

Case number (if known) _____

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Aetna, Inc.** | Line **4.1** of (Check one): |
| **151 Farmington Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Hartford, CT 06156** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Aspen American Insurance** | Line **4.5** of (Check one): |
| **Company** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **499 Washington Blvd., 8th Floor** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Jersey City, NJ 07310** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Attorney Denis J. Regan** | Line **4.57** of (Check one): |
| **Gimbel Reilly Guerin Brown LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **330 East Kilbourn Avenue, Suite 1170** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Milwaukee, WI 53202** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Attorney Kristen N. Nelson** | Line **4.57** of (Check one): |
| **Gimbel Reilly Guerin Brown LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **330 East Kilbourn Avenue, Suite 1170** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Milwaukee, WI 53202** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Cigna** | Line **4.17** of (Check one): |
| **900 Cottage Grove Road** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Bloomfield, CT 06002** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Citibank, N.A.** | Line **4.19** of (Check one): |
| **5800 South Corporate Place** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Sioux Falls, SD 57108** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Delta Dental of Wisconsin** | Line **4.22** of (Check one): |
| **3100 Business Park Drive** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Stevens Point, WI 54482** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Delta Dental of Wisconsin** | Line **4.22** of (Check one): |
| **PO Box 828** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Stevens Point, WI 54481** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Humana, Inc.** | Line **4.32** of (Check one): |
| **500 West Main Street** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Louisville, KY 40202** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Insolvency Unit West 17, Grp 4-Milwaukee** | Line **2.1** of (Check one): |
| **Organization Code: SES:C:AIQ:WI7** | ☑ Part 1: Creditors with Priority Unsecured Claims |
| **211 W. Wisconsin Ave, Stop 5301** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 38 of 39

| Debtor 1 | **Scott W. Charmoli** |
|---|---|
| Debtor 2 | **Lynne M. Charmoli** |

Case number (*if known*) _____

**Milwaukee, WI 53203-2221**

| | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Kelly and Thomas Griesemer** | Line **4.14** of (*Check one*): |
| **530 Evergreen Terrace** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Kewaskum, WI 53040** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Major Dental Partners, LLC** | Line **4.57** of (*Check one*): |
| **N618 W20060 Main Street** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Jackson, WI 53037** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Metropolitan Life Insurance Company** | Line **4.65** of (*Check one*): |
| **d/b/a MetLife Dental** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **200 Park Avenue** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10166** | |
| | Last 4 digits of account number |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 0.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 0.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott W. Charmoli** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Lynne M. Charmoli** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 Name | |
| 2.2 Name | |
| 2.3 Name | |
| 2.4 Name | |
| 2.5 Name | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott W. Charmoli** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Lynne M. Charmoli** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                         12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?   **Wisconsin**   . Fill in the name and current address of that person.
        **Debtors both reside in Wisconsin**

        _____
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1   **Aspen American Insurance Company** **499 Washington Blvd., 8th Floor** **Jersey City, NJ 07310** **Mr. Charmoli holds a professiaonl liability insurance policy which provides up to $4 million in professional liability insurance coverage plus defense costs. In August 2022, Aspen tendered a notice of rescission. Alongside the Petition, the Debtors will file an applicaton to employ Weiss Law Office to negotiate (and, if necessary, litigate) the coverage of the policies.** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.80__ ☐ Schedule G _____ **Plaintiffs in State Court Civil Cases** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Scott W. Charmoli** |
| Debtor 2 (Spouse, if filing) | **Lynne M. Charmoli** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:       Describe Employment**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

**Employment status**

Debtor 1: ☐ Employed   ■ Not employed

Debtor 2 or non-filing spouse: ☐ Employed   ■ Not employed

**Occupation**

**Employer's name**

**Employer's address**

**How long employed there?**

**Part 2:       Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **Scott W. Charmoli**
Debtor 2  **Lynne M. Charmoli**                                   Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h. **Other monthly income.** Specify:  **Draws from Savings Account**    8h.+    $ 6,850.00 +    $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 6,850.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 6,850.00 +    $ 0.00 = $ 6,850.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 6,850.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:  **Lynne Charmoli is currently seeking full-time employment. The Debtors are actively involved in maintaining and renting rental properties. The Debtors are currently paying expenses through their savings account.**

Fill in this information to identify your case:

Debtor 1 __Scott W. Charmoli__

Debtor 2 __Lynne M. Charmoli__
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and   ■ Yes.   Fill out this information for
   Debtor 2.                             each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 20 | ☐ No  ■ Yes |
| Daughter | 23 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ _____ 0.00

   **If not included in line 4:**

   4a. Real estate taxes                                          4a. $ _____ 0.00
   4b. Property, homeowner's, or renter's insurance              4b. $ _____ 296.00
   4c. Home maintenance, repair, and upkeep expenses             4c. $ _____ 0.00
   4d. Homeowner's association or condominium dues               4d. $ _____ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ _____ 0.00

**Schedule J: Your Expenses**

Debtor 1   **Scott W. Charmoli**
Debtor 2   **Lynne M. Charmoli**                                     Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **1,147.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **80.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **535.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **300.00** |
| 10. | **Personal care products and services** | | 10. $ | **0.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **1,000.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **0.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **1,239.00** |
| | 15c. | Vehicle insurance | 15c. $ | **293.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:    **Other Misc Expenses** | | 21. +$ | **400.00** |
| | **Court Ordered Obligations** | | +$ | **760.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **6,850.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **6,850.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **6,850.00** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **6,850.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | **0.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. |  Explain here: _____ |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td colspan="2"><strong>Scott W. Charmoli</strong></td></tr>
<tr><td></td><td>First Name　　Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2</td><td colspan="2"><strong>Lynne M. Charmoli</strong></td></tr>
<tr><td>(Spouse if, filing)</td><td>First Name　　Middle Name</td><td>Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="2">EASTERN DISTRICT OF WISCONSIN</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="2"></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Scott W. Charmoli**                    X **/s/ Lynne M. Charmoli**
**Scott W. Charmoli**                           **Lynne M. Charmoli**
Signature of Debtor 1                          Signature of Debtor 2

Date  **October  3, 2022**                      Date  **October  3, 2022**

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td colspan="2"><strong>Scott W. Charmoli</strong></td></tr>
<tr><td></td><td>First Name      Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2</td><td colspan="2"><strong>Lynne M. Charmoli</strong></td></tr>
<tr><td>(Spouse if, filing)</td><td>First Name      Middle Name</td><td>Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="2">EASTERN DISTRICT OF WISCONSIN</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="2"></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
|  | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Scott W. Charmoli** |
|---|---|
| Debtor 2 | **Lynne M. Charmoli** |

Case number (if known) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $458,371.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Interest, dividends, rental income** | **Unknown** | | |
| **For last calendar year:**<br>(January 1 to December 31, 2021 ) | **Dividends, Capital Gain from Sale of Business, Rental Income (See Attachment)** | **$1,677,828.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 ) | **Taxable Interest, Dividends, and Unemployment, Sales, Rental Income (See Attachment)** | **$2,050,616.00** | | |

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ☐ No. Go to line 7.

   ■ Yes List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1   **Scott W. Charmoli**

Debtor 2   **Lynne M. Charmoli**            Case number *(if known)* _____

---

☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐   No.     Go to line 7.

     ☐   Yes     List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Citi Visa / Costco**<br>**PO Box 790046**<br>**Saint Louis, MO 63179-0046** | **July $4491.13;**<br>**August $6210.75;**<br>**September $8185.81 (all prior months were paid in full each month)** | **$18,887.69** | **$0.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

---

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■   No

   ☐   Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

   ■   No

   ☐   Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

---

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐   No

   ■   Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Hoepner, et al v. Scott W. Charmoli**<br>**2021 CV 496** | **Professional Liability** | **Washington County Circuit Court**<br>**425 E. Washington Street**<br>**West Bend, WI 53090** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Becker, et al v. Scott W. Charmoli**<br>**2021CV584** | **Professional Liability** | **Washington County Circuit Court**<br>**425 E. Washington Street**<br>**West Bend, WI 53090** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Fergus, et al v. Scott W. Charmoli<br>2021CV585 | Professional Liability | Washington County Circuit Court<br>425 E. Washington Street<br>West Bend, WI 53090 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Lynne M. Charmoli v. Scott W. Charmoli<br>2022FA88 | Divorce | Ozaukee County Circuit Court | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**dismissed** |
| Jackson Family Dentistry, LLC, et al v. Major Dental Partners, LLC, et al<br>2019CV624 | Breach of Contract | Washington County Circuit Court<br>425 E. Washington Street<br>West Bend, WI 53090 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| William E. Arkens, et al v. Scott W. Charmoli, et al<br>2021 CV 61 | Professional Liability | Washington County Circuit Court<br>425 E. Washington Street<br>West Bend, WI 53090 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| United States v. Scott W. Charmoli<br>2020-cr-242-LA | Criminal | United States District Court Eastern District of Wisconsin<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

| Debtor 1 | **Scott W. Charmoli** | | | |
|---|---|---|---|---|
| Debtor 2 | **Lynne M. Charmoli** | | Case number *(if known)* | |

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| St Francis Borgia (SFB)-Cedarburg | Monetary Donations | January 2021 - August 2022 | $13,150.00 |
| Carmalite Monastary (Holy Hill) | Monetary Donations | January 2021 - June 2022 | $12,400.00 |
| St. Joseph's Church<br>Grafton, WI 53024 | Monetary Donations ($20/week x 78 weeks) | January 2021 - August 2022 | $1,560.00 |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Steinhilber Swanson LLP<br>107 Church Avenue<br>Oshkosh, WI 54901 | Retainer (See Rule 2014 Declaration attached to SSLLP Employment Application) | 8-24-2022 | $50,000.00 |
| Cricket Debt Counseling | Pre-Filing Financial Course | 9-1-2022 | $24.00 |

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Weiss Law Office, S.C.**<br>**1017 W. Glen Oaks Lane**<br>**Thiensville, WI 53092** | **Retainer (See Rule 2014 Declaration attached to Weiss Employment Application)** | **9/8/2022** | **$7,500.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Area Dental Hartford, LLC**<br>**73 Liberty Avenue**<br>**Hartford, WI 53027**<br><br>**Unrelated Third Party** | **Following his employment with Jackson Family Dental, Scott Charmoli opened Hartford Family Dental Care, LLC. On 12/29/20, Hartford entered sold substantially all of its assets to Area Dental Hartford, LLC. The Debtors list this LLC transaction for full disclosure.** | **HFDC received as consideraton $250,000. The proceeds were deposited into the entity's bank account and used by the Charmolis to pay legal expenses.** | **December 2020** |
| **United States Marshals Service**<br>**517 East Wisconsin Avenue, Room 711**<br>**Milwaukee, WI 53202** | **$1,043,229.31** | **Court-Ordered Forfeiture** | **June 2022** |
| **United States Marshals Service**<br>**517 East Wisconsin Avenue, Room 711**<br>**Milwaukee, WI 53202** | **$432,640.31** | **Court-Ordered Restitution** | **September 2022** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | **Scott W. Charmoli** |
|---|---|
| Debtor 2 | **Lynne M. Charmoli** |

Case number *(if known)* _____

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank Five Nine**<br>**155 W Wisconsin Avenue**<br>**Oconomowoc, WI 53066** | **XXXX-x909** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Checking - Jackson Family Dentistry, LLC** | | **$0.00** |
| **Bank Five Nine**<br>**155 W. Wisconsin Avenue**<br>**Oconomowoc, WI 53066** | **XXXX-5155** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Checking - Scott W. Charmoli** | | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

Debtor 1  **Scott W. Charmoli**
Debtor 2  **Lynne M. Charmoli**

Case number (*if known*)

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies.  Go to Part 12.

   ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| **S.W. Charmoli Properties, LLC**<br>**565 Cottonwood Lane**<br>**Grafton, WI 53024** | **Entity owns vacant land in Jackson, Wisconsin.** | EIN:<br><br>From-To  **3/1/2007 to present** |
| **S.W.C. Clinic Property, LLC**<br>**565 Cottonwood Lane**<br>**Grafton, WI 53024** | **Entity owned real estate that was sold to Major Family Dental, Llc as part of the sale of Jackson Family Dentistry, LLC.** | EIN:  37-1562187<br><br>From-To  **2/8/2008 to present** |

Debtor 1   **Scott W. Charmoli**

Debtor 2   **Lynne M. Charmoli**          Case number *(if known)*

| Business Name Address *(Number, Street, City, State and ZIP Code)* | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **S.W.C. Coastal Properties, LLC**<br>**565 Cottonwood Lane**<br>**Grafton, WI 53024** | **Entity holds 100% interest in bank account** | EIN:   **37-1562188**<br><br>From-To   **2/8/2008 to present** |
| **S.W.C. First Properties, LLC**<br>**565 Cottonwood Lane**<br>**Grafton, WI 53024** | **Entity sold assets in 2019. It has no other business operations and is dissolved.** | EIN:   **37-1562189**<br><br>From-To   **2/8/2008 to present (Debtors will allow entity to become administratively dissloved)** |
| **S.W.C. Jackson Properties, LLC**<br>**565 Cottonwood Lane**<br>**Grafton, WI 53024** | **Entity owns two properties in Jackson, Wisconsin (a duplex and commercial property). The duplex is currently rented, and the commercial property is vacant. The Debtors are actively involved in renting and maintaining the properties.** | EIN:   **37-1562192**<br><br>From-To   **2/8/2008 to present** |
| **S.W.C. Lake Property, LLC**<br>**565 Cottonwood Lane**<br>**Grafton, WI 53024** | **Entity sold assets in 2019. It has no other business operations and is dissolved.** | EIN:   **37-1562191**<br><br>From-To   **2/8/2008  to present (Debtors will allow entity to become administratively dissolved)** |
| **Jackson Family Dentistry, LLC**<br>**565 Cottonwood Lane**<br>**Grafton, WI 53024** | **Scott Charmoli operated Jackson Family Dentistry, LLC. In 2019, JFD sold its assets to Major Family Dentistry, LLC. JFD's sole asset is a claim against the buyer and its owner for breach of contract.** | EIN:   **45-2547392**<br><br>From-To   **10/8/2018 - 3/13/2020 (dissolved)** |
| **Hartford Family Dental Care, LLC**<br>**568 Cottonwood Lane**<br>**Grafton, WI 53024** | **After his employment Jackson Family Dental, Scott Charmoli opened Hartford Family Dental Care, LLC. In December 2020, HFDC sold its assets to Area Dental Hartford, LLC. The Debtors are currently winding down the business and will be filing a final tax return.** | EIN:   **84-2193588**<br><br>From-To   **6/24/2019 to present** |
| **BUDSNBBS, LLC**<br>**PO Box 1029**<br>**North Platte, NE 69103** | **Scott Charmoli owns 50% of entity. The entity owns a vacation home in Mesa, Arizona.** | EIN:   **83-1180080**<br><br>From-To   **6/10/2018 to present** |

Debtor 1    **Scott W. Charmoli**
Debtor 2    **Lynne M. Charmoli**                                    Case number (*if known*) _____

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  **No**
☑  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **James Fetherston**<br>**U.S. Probation Officer**<br>**517 E. Wisconsin Avenue**<br>**Milwaukee, WI 53202** | **2022** |
| **Attorney Nick Oberheiden**<br>**Defense Counsel**<br>**440 Louisiana St Ste 200**<br>**Houston, TX 77002** | **2022** |

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Scott W. Charmoli** _____          **/s/ Lynne M. Charmoli** _____
**Scott W. Charmoli**                               **Lynne M. Charmoli**
**Signature of Debtor 1**                           **Signature of Debtor 2**

Date   **October  3, 2022** _____         Date   **October  3, 2022** _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

SOFA - Question 4 and 5

**2020**

| Income from Employment or Operaton of Business | | |
|---|---|---|
| Wages | $ | 172,800.00 |
| Income from Hartford Family Dental (S-Corp) | $ | 285,571.00 |
| Total | $ | 458,371.00 |

| Income Other than from Employment or Operaton of Business | | |
|---|---|---|
| Taxable Interest (rolled into existing account) | $ | 10,873.00 |
| Qualified Dividends (rolled into existing account) | $ | 37,181.00 |
| Ordinary Dividends (rolled into existing account) | $ | 51,040.00 |
| Unemployment Compensation | $ | 11,616.00 |
| Rental Income | $ | 14,025.00 |
| National Financial Services - Stock Sales (See Form 8949 - net loss of $159,493) | $ | 1,800,881.00 |
| Land Sale (See Form 8949 - net gain of $94,000) | $ | 125,000.00 |
| Total | $ | 2,050,616.00 |

**2021**

| Income from Employment or Operaton of Business | | |
|---|---|---|
| Wages | $ | - |
| Total | $ | - |

| Income Other than from Employment or Operaton of Business | | |
|---|---|---|
| Taxable Interest (rolled into existing account) | $ | 3,497.00 |
| Qualified Dividends (rolled into existing account) | $ | 37,941.00 |
| Ordinary Dividends (rolled into existing account) | $ | 52,819.00 |
| Rental Income | $ | 13,490.00 |
| National Financial Services - Stock Sales (See Form 8949 - net loss of $606,571) | $ | 1,570,081.00 |
| Total | $ | 1,677,828.00 |

The dividends, interest, and stock sales are performed within the
Mutual Fund or IRA.


The Debtors' 2022 year-to-date income is currently unknown.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Wisconsin

In re    **Scott W. Charmoli**
        **Lynne M. Charmoli**

Debtor(s)     Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **28,514.95** |
| Prior to the filing of this statement I have received | $ | **28,514.95** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☐ Debtor     ■ Other (specify):    **SSLLP will be employed as general bankruptcy counsel with fees subject to Court approval.**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
        **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Services requiring special expertise not available in-house.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October  3, 2022**
*Date*

**/s/ Paul G. Swanson**
**Paul G. Swanson 1007861**
*Signature of Attorney*
**STEINHILBER SWANSON LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690  Fax: 920-426-5530**
*Name of law firm*

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re    **Scott W. Charmoli**
         **Lynne M. Charmoli**
                                              Debtor(s)

Case No.
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **October  3, 2022**                    **/s/ Scott W. Charmoli**
                                                  **Scott W. Charmoli**
                                                  Signature of Debtor

Date:    **October  3, 2022**                    **/s/ Lynne M. Charmoli**
                                                  **Lynne M. Charmoli**
                                                  Signature of Debtor

Aetna, Inc.
c/o CT Corporation System, Reg. Agent
301 S Bedford Street #1
Madison, WI 53703

Aetna, Inc.
151 Farmington Avenue
Hartford, CT 06156

Alexa Ampe
786 Acadia Avenue
West Bend, WI 53095

Alexis Buske
1114 Wayne Road
West Bend, WI 53090

April Schrank
3970 South Lake Drive, Apt 8
St. Francis, WI 53235

Aspen American Insurance Company
c/o Attorney Joseph Trevino
330 E Kilbourn Ave, Suite 1100, Tower 1
Milwaukee, WI 53202-6623

Aspen American Insurance Company
499 Washington Blvd., 8th Floor
Jersey City, NJ 07310

Attorney Denis J. Regan
Gimbel Reilly Guerin Brown LLP
330 East Kilbourn Avenue, Suite 1170
Milwaukee, WI 53202

Attorney Kristen N. Nelson
Gimbel Reilly Guerin Brown LLP
330 East Kilbourn Avenue, Suite 1170
Milwaukee, WI 53202

Bank Five Nine
155 W Wisconsin Avenue
Oconomowoc, WI 53066

Bernard Newman
1504 Meridian Avenue
West Bend, WI 53095

Brian K. Smith
645 Westridge Drive #7
West Bend, WI 53095

Brian Miller
2701 East Main Street, Lot #116
Reedsburg, WI 53959

Bruce Becker
4172 Hidden Creek Court
Jackson, WI 53037

Caitlin Lamb
2836 Dry Gulch Drive
Jackson, WI 53037

Cary Rodriguez
114 Rushmore Lane
Hartford, WI 53027

Catherine Kuche
422 Cedar Crest Drive
Slinger, WI 53086

CGG (a minor child)
c/o Attys Mark L. Thomsen & Chad E. Kemp
Gingras, Thomsen & Wachs
8150 Excelsior Drive
Madison, WI 53717

Chad E. Kemp (Attorney)
Gingras, Thomsen & Wachs
8150 Excelsior Dr
Madison, WI 53717

Cheryl Pechstein
N128 W19973 Holy Hill Road
Richfield, WI 53076

Cigna
c/o CT Corporation System, Reg. Agent
301 S Bedford Street #1
Madison, WI 53703

Cigna
900 Cottage Grove Road
Bloomfield, CT 06002

Cindy Schrank
6024 Indiana Avenue
Cudahy, WI 53110

Citi Card / Costco
PO Box 790046
Saint Louis, MO 63179-0046

Citibank, N.A.
5800 South Corporate Place
Sioux Falls, SD 57108

Claudia J. Foran
4480 Honeywood Lane
Jackson, WI 53037

Delta Dental
c/o Douglas Ballweg, Reg. Agent
2801 Hoover Road
Stevens Point, WI 54481

Delta Dental of Wisconsin
2801 Hoover Road
Stevens Point, WI 54481

Delta Dental of Wisconsin
3100 Business Park Drive
Stevens Point, WI 54482

Delta Dental of Wisconsin
PO Box 828
Stevens Point, WI 54481

Diane Widmann
W168 N21700 Main Street,Lot 145
Jackson, WI 53037

Eugene Reese
W168 N10325 Wild Rose Lane
Germantown, WI 53022

Heather Anders
3095 Center Road
Cedarburg, WI 53012

Heather Fergus
1118 Park Avenue
West Bend, WI 53090

Heather Puls
3466 Lovers Lane
Slinger, WI 53086

Heather VanSwol
W162 N11657 Park Avenue
Germantown, WI 53022

Heidi Dubord
3115 Lilly Road, Unit 100
Brookfield, WI 53005

Holly Helmers
N170 W19959 Willow Ridge Drive
Jackson, WI 53037

Holly Loepfe
N168 W20270 Main Street
Jackson, WI 53037

Humana Delta Insurance Company
c/o Corporation Service Company, RA
8040 Excelsior Drive, Suite 400
Madison, WI 53717

Humana, Inc.
500 West Main Street
Louisville, KY 40202

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacqueline Bradway
W213 N16590 Glenbrooke Drive
Jackson, WI 53037

James J. Gende II (Attorney)
Gende Law Office, SC
N28W23000 Roundy Dr Ste 200
Pewaukee, WI 53072

James Schober
N160 W20346 Silver Creek Lane
Jackson, WI 53037

Jeffrey Rossman
3642 Briarwood Drive
Cedarburg, WI 53012

Jeffrey Voight
1836 Linden Street
Grafton, WI 53024

Jena Carlin
5626 Yellowstone Drive
Auburndale, WI 54412

Jennifer G. Marek
510 Paul Avenue
Campbellsport, WI 53010

Jennifer Rossman
3642 Briarwood Drive
Cedarburg, WI 53012

Jerome Roskopf
982 Pleasant Valley Road
West Bend, WI 53095

Jessica Thompson
1240 Wayne Road, Apt 102
West Bend, WI 53090

John Gouger
1693 Highland Drive
Grafton, WI 53024

John Schuster
N168 W21700 Main Street, Lot 293
Jackson, WI 53037

Joseph Cavanagh a/k/a Joseph Cavanaugh
2954 South Mayfield Road
Jackson, WI 53037

Julia A. Ciha
8509 Stickney Avenue, Upper
Milwaukee, WI 53226

Karin Sinclair
2658 Pleasant Valley Road
Jackson, WI 53037

Kathleen Amundson
1111 Pleasant Valley Road
West Bend, WI 53095

Kelly and Thomas Griesemer
530 Evergreen Terrace
Kewaskum, WI 53040

Kelly Griesemer
530 Evergreen Terrace
Kewaskum, WI 53040

Kelly Gruber
111 Parkway Drive
Slinger, WI 53086

Kevin Oechsner
3792 Overlook Drive West
Hubertus, WI 53033

Kimberly Treider
2890 Woodland Drive
Jackson, WI 53037

Laura L. Amundson
6920 W. Bonniwell Road
Mequon, WI 53097

Laura VanSwol
5335 Apache Trail
Hartford, WI 53027

Leanne Ehlke
1515 South Indiana Avenue
West Bend, WI 53095

Leslie Delain
N132 W15599 Rockfield Road
Germantown, WI 53022

Major Dental Partners, LLC
1380 E. Winkler Lane
Milwaukee, WI 53217

Major Dental Partners, LLC
N618 W20060 Main Street
Jackson, WI 53037

Mark L. Thomsen (Attorney)
Gingras, Thomsen & Wachs
219 N Milwaukee St Ste 520
Milwaukee, WI 53202

Mark Spellman
W204 N17340 Jackson Drive
Jackson, WI 53037

Mary Glocke
W195 N17307 English Oaks Drive
Jackson, WI 53037

Mary Spellman
W204 N17340 Jackson Drive
Jackson, WI 53037

Matthew Kannenberg
N166 W20804 Parkway Drive
Jackson, WI 53037

Matthew Oechsner
3792 Overlook Drive West
Hubertus, WI 53033

Melissa Czinner
N16 W20180 Hemlock Street
Jackson, WI 53037

Metropolitan Life Insurance Company
c/o CT Corporation System, Reg. Agent
301 S Bedford Street #1
Madison, WI 53703

Metropolitan Life Insurance Company
d/b/a MetLife Dental
200 Park Avenue
New York, NY 10166

Michael Vorwerk
179 Sherman Road
Jackson, WI 53037

Michelle Kahelski
N168 W21700 Main Street
Jackson, WI 53037

Mitchell E. Kali
915 North 10th Avenue
Wausau, WI 54401

Morgen Hoepner
N168 W20210 Main Street
Jackson, WI 53037

Naomi Soldon (Attorney)
Soldon McCoy, LLC
3934 Harcourt Place
Shorewood, WI 53211

Nathantial Czinner
N16 W20180 Hemlock Street
Jackson, WI 53037

Nellie Farrell
21709 N. Weather Edge Circle
Lannon, WI 53046

Pako Major
1380 E. Winkler Lane
Milwaukee, WI 53217

Pamela A. Kenner
433 Maple Street
Grafton, WI 53024

Patrick Cody
2536 Tumbleweed Circle
West Bend, WI 53095

Patrick Pryor
N173 W20148 Crestview Drive
Jackson, WI 53037

Paul Delain
N132 W15599 Rockfield Road
Germantown, WI 53022

Paul Kuche
422 Cedar Crest Drive
Slinger, WI 53086

Peggy Kuebler
W205 N17256 Colonial Lane
Jackson, WI 53037

Plaintiffs in State Court Civil Cases


Renee Schmidt
2275 Brookside Drive
Jackson, WI 53037

Robert Kreutzer
W207 N17173 Parkview Drive
Jackson, WI 53037

Ronald C. Foran
4480 Honeywood Lane
Jackson, WI 53037

Ronald Pechstein
N128 W19973 Holy Hill Road
Richfield, WI 53076

Russell Oechsner
3792 Overlook Drive West
Hubertus, WI 53033

Ryan Oechsner
3792 Overlook Drive West
Hubertus, WI 53033

Ryan Ogren (Attorney)
Karp & Iancu SC
933 N Mayfair Rd Ste 200
Milwaukee, WI 53226

Sandra Mieritz
4234 Woodland Court
Jackson, WI 53037

Sara Sauer
3120 Mile View Road
West Bend, WI 53095

Shelley Wicke
632 Creekwood Drive
West Bend, WI 53095

Steve Piotrowski
N169 W19862 Chesnut Circle #7
Jackson, WI 53037

Susan Chapman
1016 Eder Lane
West Bend, WI 53095

Susan Oechsner
3792 Overlook Drive West
Hubertus, WI 53033

Thomas A. Ogorchock (Attorney)
Miller & Ogorchock SC
788 N Jefferson St, Suite 702
Milwaukee, WI 53202

Thomas Griesemer
530 Evergreen Terrace
Kewaskum, WI 53040

Thomas Kahelski
N168 W21700 Main Street
Jackson, WI 53037

Timothy Schuh
W204 N17340 Jackson Drive
Jackson, WI 53037

Tracy L. Nickodern
2860 Division Road
Jackson, WI 53037

Tracy L. Wheeler
W201 N11478 Oakview Avenue
Germantown, WI 53022

Travis Griesemer
530 Evergreen Terrace
Kewaskum, WI 53040

Trent Griesemer
530 Evergreen Terrace
Kewaskum, WI 53040

Troy Kuebler
W205 N17256 Colonial Lane
Jackson, WI 53037

Victor C. Harding (Attorney)
Warshafsky, Rotter, Tarnoff & Bloch SC
839 N Jefferson St # 300
Milwaukee, WI 53202

Walter Krueger
W172 N12834 Division Road
Germantown, WI 53022

William E. Arkens
1409 Jefferson Street
West Bend, WI 53090

Wisconsin Department of Revenue
P.O. Box 8981
Madison, WI 53708-8981