In re:                                            Case No. 22-24358-gmh
Scott W. Charmoli                      Chapter 11
Lynne M. Charmoli
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0757-2                      User: adkt                      Page 1 of 2
Date Rcvd: Oct 13, 2022              Form ID: pdfhrg                 Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Lynne M. Charmoli, 565 Cottonwood Lane, Grafton, WI 53024-9592 |
| dbpos | + | Scott W. Charmoli, 565 Cottonwood Lane, Grafton, WI 53024-9592 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Nemecek | on behalf of U.S. Trustee Office of the U. S. Trustee john.nemecek@usdoj.gov |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Paul G. Swanson | on behalf of Debtor In Possession Lynne M. Charmoli pswanson@steinhilberswanson.com hsaladin@steinhilberswanson.com;9572849420@filings.docketbird.com |
| Paul G. Swanson | on behalf of Debtor In Possession Scott W. Charmoli pswanson@steinhilberswanson.com hsaladin@steinhilberswanson.com;9572849420@filings.docketbird.com |

Peter T. Nowak
    on behalf of Debtor In Possession Scott W. Charmoli pnowak@steinhilberswanson.com 9499935420@filings.docketbird.com

Peter T. Nowak
    on behalf of Debtor In Possession Lynne M. Charmoli pnowak@steinhilberswanson.com 9499935420@filings.docketbird.com

William E Wallo
    on behalf of Trustee William E Wallo wwallo@bakkenorman.com aclarkson@bakkenorman.com

William E Wallo
    wwallo@bakkenorman.com aclarkson@bakkenorman.com

TOTAL: 8

So Ordered.

Dated: October 13, 2022



_____
G. Michael Halfenger  
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | October 11, 2022 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 22-24358-gmh |
| DEBTOR: | Scott W. Charmoli |
| | |
| NATURE OF HEARING: | 1. Case status hearing |
| | 2. Debtors' motion to establish a deadline to file proofs of claim |
| | |
| APPEARANCES BY TELEPHONE: | Paul Swanson, appearing for the debtors |
| | William Wallo, Subchapter V trustee |
| | John Nemecek, attorney for the United States trustee |
| | |
| COURTROOM DEPUTY: | Emily Tauscheck |

The court held a hearing on the status of this chapter 11 case and the debtors' motion to establish a deadline to file proofs of claim. A recording from the hearing has been posted to the docket.

The debtors informed the court that they intended to amend their schedules expeditiously to add 1,500-2,000 individuals who may be holders of unsecured claims unknown to the debtors, but to obtain the identities and addresses of those individuals, the debtors may have to ask the District Court to modify a protective order that restricts the use of records containing the identity of those individuals. Based on the debtors' report, the court held the motion to set the claim-bar deadline in abeyance pending the debtors' identification of the additional potential claimholders and either their amendment of schedules to reflect that identification or their supplementation of the record by correspondence or otherwise to address a process for affording notice to the additional potential claimholders.

The debtors stated that they would file a letter by October 17, 2022, informing the court about their efforts to obtain the necessary information through consensual means or, alternatively, their filing of a motion in the District Court to modify the protective order.

# # # # #