UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Scott W. Charmoli and                          Case No. 22-24358-gmh
Lynne M. Charmoli,                             Chapter 11 (Subchapter V)
                      Debtors.

FIRST INTERIM APPLICATION FOR ALLOWANCE
OF FEES AND COSTS BY SIESENNOP & SULLIVAN, LLP

Siesennop & Sullivan, LLP ("S&S") submits this First Interim Application for Allowance of Fees and Costs by Siesennop & Sullivan, LLP (the "First Interim Fee Application"), pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, and Local R. 2016. In support of its First Interim Fee Application, S&S states as follows:

**Jurisdiction**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157(a) and the Order of Reference entered in the Eastern District of Wisconsin. As a matter concerning the administration of the estate, this is a core proceeding in which the Court may enter final orders. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.      On October 3, 2022 (the "Petition Date"), Scott W. Charmoli and Lynne M. Charmoli (the "Debtors") filed a petition for relief under subchapter V of chapter 11 of the Bankruptcy Code. In accordance with 11 U.S.C. § 1184, the Debtors have remained in possession of their property and operated their affairs as debtors in possession.

3.      On the Petition Date, the Debtor filed an application to employ S&S as special counsel to the Debtors (the "Retention Application"). (ECF No. 8.) On October 26, 2022, the

1

Court entered an order granting the Retention Application and approving the Debtor's

employment of S&S (the "Retention Order"). (ECF No. 45.)

4.     In accordance with the Retention Application and the Retention Order, S&S is to

be reasonably compensated for its services on an hourly basis and is to be reimbursed for actual

and necessary out-of-pocket expenses.

### First Interim Fee Period Request

5.     S&S rendered services on behalf of the Debtors from October 3, 2022 through

January 31, 2023 (the "First Interim Fee Period"). The regular hourly rates for attorneys and

paraprofessionals S&S who performed work on this case ranged from $80.00 to $240.00 per

hour. During the First Interim Fee Period, S&S attorneys and paraprofessionals expended 118.60

hours on this case. Based upon the hourly rates and the time expended by S&S, the value of the

services rendered by S&S during the First Interim Fee Period was $21,283.50. In addition, S&S

incurred reasonable and necessary costs of $0.00, for an aggregate total of $21,283.50 earned by

S&S during the First Interim Fee Period (the "First Interim Fee Request").

6.     S&S has not previously applied for compensation in this case.

### Services Performed

7.     During the First Interim Fee Period, S&S represented the Debtors with regard to

claims asserted against Mr. Charmoli by former patients. S&S assisted the Debtors' general

bankruptcy counsel with gathering a list of former patients to be included on amended Schedule

F, met and corresponded with counsel for the former patients, assisted bankruptcy counsel in

preparing mediation procedures, and began reviewing patient files to determine the merits of

potential claims from plaintiffs in the underlying state court cases. In addition, given their

previous experience representing the Mr. Charmoli in the underlying state court case, S&S

reviewed and commented on Mr. Charmoli's notice of removal and his objection to the motion for remand and motion for relief from the automatic stay, and attended the February 1, 2023 hearing.

8.    Detailed time records of the First Interim Fee Period are attached to this First Interim Fee Application as Exhibit A.

**Interim Approval of Fees**

9.    This First Interim Fee Application is submitted in conformity with the standards set forth in section 330 of the Bankruptcy Code, which this Court uses in assessing the propriety of attorneys' fees. Those standards include: (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under the Bankruptcy Code; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to each professional perform, whether the person is board certificate or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code. *See* 11 U.S.C. § 330(a)(3).

10.    S&S has extensive experience providing professional liability defense, including dental malpractice defense services. S&S's rates are in conformity with the rates charged by similarly situated counsel. A list of all attorneys, professionals, and paraprofessionals performing services on this case, along with a description of their experience, length of professional practices, and billing rates is attached hereto as Exhibit B.

11.     A summary of the compensation requested herein regarding each of S&S's professionals and paraprofessionals is set forth below:

| Timekeeper | Title | Rate | Hours | Total |
|---|---|---|---|---|
| W. Patrick Sullivan | Partner | $240.00 | 15.50 | $3,720.00 |
| | | $225.00 | 30.00 | $6,750.00 |
| Ellison F. Hitt | Associate | $200.00 | 22.50 | $4,500.00 |
| | | $195.00 | 19.70 | $3,841.50 |
| | | $80.00 | 2.20 | $176.00 |
| Daniel Sawall | Law Clerk | $80.00 | 28.70 | $2,296.00 |
| | | **Total** | **118.60** | **$21,283.50** |
| | | **Blended Rate** | | **$179.46** |

12.     S&S used the skill required to perform the legal services properly, provided the services necessary to its representation of the Debtors' interest in the case, and performed the services within a reasonable amount of time commensurate with the complexity, importance, and nature of each task. Under these standards, the reasonable value of the services rendered by S&S as special counsel for the Debtors throughout the First Interim Fee Period is $21,283.50, representing $21,283.50 in fees plus $0.00 of reasonable and necessary costs.

13.     S&S consistently and consciously makes every reasonable effort to represent the Debtors in the most economical, efficient, and practical manner possible. To that end, S&S has made every effort to avoid having multiple attorneys perform the same or similar tasks. However, there are instances where multiple timekeepers billed for performing the same task, such as two attorneys attending conference calls or revising pleadings. In those events, multiple timekeepers were necessary because the different timekeepers have different knowledge bases and because S&S allocates different responsibilities to different attorneys. For certain conference calls, in recognition that multiple timekeepers were present, S&S discounted the rate charged for the junior attorney.

4

14.     In addition, S&S timekeepers occasionally participated in conference calls with other legal professionals employed by the Debtors' bankruptcy estate. S&S submits that these calls were necessary and appropriate to coordinate services and ensure consistent advocacy in contested matters, adversary proceedings, or other filings.

15.     Local Rule 2016(c) requires that "applications for interim compensation must include sufficient information to demonstrate that an allowance of interim compensation will not create an undue hardship on the debtor or the estate." S&S does not currently hold any funds in trust. Upon approval of the First Interim Fee Application, S&S work with the Debtors, and other professionals, to arrange for payment over a period of time that ensures that the Debtors have sufficient cash flow and liquidity to manage their affairs.

## Payment of Compensation

16.     S&S respectfully requests that the Court authorize payment of any approved compensation in this First Interim Fee Application.

17.     S&S provided an itemization of the fees and costs to Debtor, and Debtor has no objection to said fees and costs.

18.     All services for which compensation is requested by S&S were performed for, or on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

19.     There is no agreement or understanding between the Debtors and any other person, other than principals of S&S, for the sharing of compensation to be received for services rendered in this case.

20.     S&S certifies that it has generally complied with the guidelines set forth by the United States Trustee concerning fee applications.

WHEREFORE, Siesennop & Sullivan, LLP respectfully requests that the Court enter an order:

A.      Approving, on an interim basis and pursuant to 11 U.S.C. §§ 330 and 331, compensation of $21,283.50, representing $21,283.50 in fees and $0.00 in reasonable and necessary costs, as an administrative expense pursuant to 11 U.S.C. § 503(b).

B.      Authorizing payment of $21,283.50, representing the balance due and owing.

C.      Granting such other relief as the Court deems just and appropriate.


Dated: February 14, 2023.                      SIESENNOP & SULLIVAN, LLP

                                By:      */s/ W. Patrick Sullivan*
                                        W. Patrick Sullivan
                                        Ellison F. Hitt
                                        1017 W. Glen Oaks Lane, Suite 201
                                        Mequon, WI 53092
                                        Tel: (414) 223-7900; Fax: (414) 223-1199
                                        psullivan@s-s-law.com
                                        ehitt@s-s-law.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
Scott W. Charmoli and                          Case No. 22-24358-gmh
Lynne M. Charmoli,                             Chapter 11 (Subchapter V)
                    Debtors.

EXHIBIT A
SUMMARY OF FEE REQUEST AND
PROJECT BILLING DETAILS FOR FIRST INTERIM FEE PERIOD

Attached hereto is a detailed summary of the attorney fees and costs incurred in this

matter, broken down by matter type, during the time period from October 3, 2022 through

January 31, 2023 (the "First Interim Fee Period").

Siesennop & Sullivan, LLP
111 W. Pleasant Street, Suite 110
Milwaukee, WI 53212
414-223-7900

Tax I.D. #81-0546355

Charmoli Scott DDS
565 Cottonwood Lane
Grafton  WI  53024

Page: 1
February 09, 2023
Account No:      20879-20879
Invoice No.            159728

Charmoli - Bankruptcy Issues

## **Professional Services**

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 10/04/2022 | WPS | L240 | A104 | Review/analyze Aspen's Motion to Dismiss or MSJ and supporting Affidavit. | 225.00 | 1.00 | 225.00 |
| 10/10/2022 | WPS | L120 | A107 | Communicate (other outside counsel) - Conference call with Atty. W. re: Chapter 5 strategies re: defending damage claims. | 225.00 | 0.30 | 67.50 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Telephone call with co-counsel RE: status of matters (billed at paralegal rate) | 80.00 | 0.30 | 24.00 |
| 10/12/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Email to co-counsel RE: motion on protective order | 195.00 | 0.10 | 19.50 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Telephone call with co-counsel RE: patient list | 195.00 | 0.10 | 19.50 |
| 10/17/2022 | WPS | L210 | A103 | Draft/revise - Final review/modification to our Answer and Affirmative Defenses to JFD's Cross-Claim. | 225.00 | 0.20 | 45.00 |

Charmoli Scott DDS

Charmoli - Bankruptcy Issues

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | EFH | L120 | A107 | Communicate (other outside counsel) - Email to bankruptcy atty RE: obtaining names for mailing notice | 195.00 | 0.10 | 19.50 |
| | EFH | L120 | A106 | Communicate (with client) - Emails to client RE: obtaining computer for patient info | 195.00 | 0.20 | 39.00 |
| 10/18/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Email to bankruptcy attorney RE: pulling patient list | 195.00 | 0.10 | 19.50 |
| 10/21/2022 | LC1 | L110 | A103 | Transferred patient data from Open Dental to Excel for bankruptcy preparations | 80.00 | 8.30 | 664.00 |
| 10/24/2022 | LC1 | L110 | A103 | Transferred patient data from Open Dental to Excel for bankruptcy preparations | 80.00 | 1.60 | 128.00 |
| | LC1 | L110 | A103 | Finished transferring patient data from Open Dental to Excel for bankruptcy preparations | 80.00 | 1.80 | 144.00 |
| 10/25/2022 | EFH | L120 | A106 | Communicate (with client) - Email to client RE: concern with patient list numbers, other practice | 195.00 | 0.20 | 39.00 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Emails to co-counsel, client RE: patient numbers, dates, Hartford practice | 195.00 | 0.40 | 78.00 |
| 10/26/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Emails to bankruptcy RE: telephone call 10/27 | 195.00 | 0.20 | 39.00 |
| 10/27/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Telephone call with | | | |

Page: 3
Charmoli Scott DDS
February 09, 2023
Account No:      20879-20879
Invoice No.          159728

Charmoli - Bankruptcy Issues

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | bankruptcy attorney, client RE: data pull, dates of patients | 195.00 | 0.40 | 78.00 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Email to bankruptcy attorney RE: dates for patients | 195.00 | 0.10 | 19.50 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Email to client RE: dates for patients | 195.00 | 0.10 | 19.50 |
| 10/28/2022 | LC1 | L110 | A103 | Reduce patient data list to only patients seen between Jan 1, 2015 - Aug, 7, 2019 | 80.00 | 4.90 | 392.00 |
| 10/31/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Email to bankruptcy attorneys RE: data pull | 195.00 | 0.10 | 19.50 |
| | LC1 | L110 | A103 | Transferred patient data from Hartland location to Excel for bankruptcy preparations | 80.00 | 2.40 | 192.00 |
| | WPS | L120 | A104 | Review/analyze - Prep for status conference with Judge Kenitz (review all bankruptcy court filings and transactions). | 225.00 | 0.60 | 135.00 |
| 11/04/2022 | WPS | L120 | A107 | Communicate (other outside counsel) - Met with Attys. N. and W. re: immediate future plan of action. | 225.00 | 2.00 | 450.00 |
| | WPS | L120 | A104 | Review/analyze - Review court filings and correspondence from Atty. Nowak re: status in preparation for meeting with he and Atty. W. re: future plan of action. | 225.00 | 0.50 | 112.50 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Meet with co-counsel, | | | |

Page: 4

Charmoli Scott DDS

February 09, 2023

Account No:     20879-20879

Invoice No.        159728

Charmoli - Bankruptcy Issues

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | discuss status of resolution of claims (billed at paralegal rate) | 80.00 | 1.50 | 120.00 |
| | LC1 | L120 | A107 | Communicate (other outside counsel) - Meeting with bankruptcy attorneys | 80.00 | 1.40 | 112.00 |
| 11/07/2022 | WPS | L250 | A104 | Review/analyze - Review Order appointing S&S "special Counsel" for bankruptcy. | 225.00 | 0.20 | 45.00 |
| 11/08/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Email to all counsel RE: t/c to discuss MSJ filed by Dr. Major | 195.00 | 0.10 | 19.50 |
| | WPS | L240 | A104 | Review/analyze - Review/analysis of Major's MSJ. | 225.00 | 0.50 | 112.50 |
| 11/09/2022 | EFH | L120 | A109 | Appear for/attend - Telephone call with co-counsel RE: MSJ hearing | 195.00 | 0.50 | 97.50 |
| | EFH | L230 | A107 | Communicate (other outside counsel) - Email to co-counsel re: hearing info (billed at paralegal rate) | 80.00 | 0.10 | 8.00 |
| | WPS | L120 | A107 | Communicate (other outside counsel) - Conference call with Attys. McKinley and Swanson re: strategy for MSJ by Major and status conference with Judge 11/16/22. | 225.00 | 0.50 | 112.50 |
| 11/15/2022 | WPS | L120 | A104 | Review/analyze - Prepare for meeting with all Plaintiffs' counsel and co-defense counsel re: Chapter 11 proceeding and future action. | 225.00 | 1.50 | 337.50 |
| 11/16/2022 | WPS | L120 | A107 | Communicate (other outside | | | |

Charmoli Scott DDS

Charmoli - Bankruptcy Issues

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | counsel) - Met with all counsel re: Chapter 11 procedures. | 225.00 | 1.20 | 270.00 |
| | WPS | L120 | A104 | Review/analyze - Completed preparation for meeting with all counsel re: Chapter 11 proceedings. | 225.00 | 1.50 | 337.50 |
| | LC1 | L120 | A105 | Communicate (in firm) - Discussed the meeting between the bankruptcy attorneys, plaintiff attorneys, insurance, and other parties regarding settling this case | 80.00 | 0.40 | 32.00 |
| 11/17/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Email to co-def re: date of Dr. Major letter | 195.00 | 0.20 | 39.00 |
| 11/18/2022 | WPS | L120 | A103 | Draft/revise - Email to Atty. Thomsen re: exchange of patient records. | 225.00 | 0.20 | 45.00 |
| | WPS | L120 | A104 | Review/analyze - Review 1188(c) and prehearing draft\/reports. | 225.00 | 0.30 | 67.50 |
| 11/21/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Email to all counsel RE: e-signature on stipulation for protective order | 195.00 | 0.10 | 19.50 |
| 11/23/2022 | WPS | L120 | A103 | Draft/revise - 2nd Email to Atty. T. re: copies of Plaintiff's records for comparison. | 225.00 | 0.20 | 45.00 |
| | EFH | L250 | A107 | Communicate (other outside counsel) - Email to co-counsel RE: service | 195.00 | 0.10 | 19.50 |
| 11/30/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Telephone call with co-counsel RE: litigations | | | |

Charmoli Scott DDS

Charmoli - Bankruptcy Issues

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | schedule for bankruptcy | 195.00 | 0.30 | 58.50 |
| | EFH | L250 | A104 | Review/analyze - Review bankruptcy filings | 195.00 | 1.00 | 195.00 |
| | WPS | L120 | A104 | Review/analyze - review proposed procedures/plan re: Chapter 11 proceedings and phone conference with Atty. Nowak re: suggested modifications. | 225.00 | 1.00 | 225.00 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Telephone call with co-counsel RE: litigations schedule for bankruptcy (billed at paralegal rate) | 80.00 | 0.30 | 24.00 |
| | EFH | L250 | A104 | Review/analyze - Review bankruptcy filings | 195.00 | 1.00 | 195.00 |
| 12/01/2022 | WPS | L120 | A107 | Communicate (other outside counsel) - Conference call with Attys. Swanson and Nowak re: their preparation for Chapter 11 Scheduling Conference with Judge Helfinger tomorrow. | 225.00 | 0.50 | 112.50 |
| 12/15/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Telephone call with co-counsel RE: questions on reviewing charts | 195.00 | 0.20 | 39.00 |
| | EFH | L120 | A104 | Review/analyze - Begin review of files for patients: | 195.00 | 5.00 | 975.00 |
| | WPS | L120 | A104 | Review/analyze - Work on system to categorize claims re: value and defensibility. | 225.00 | 0.40 | 90.00 |
| 12/16/2022 | EFH | L120 | A104 | Review/analyze - Begin review of files for patients: | 195.00 | 4.50 | 877.50 |

Charmoli Scott DDS

Charmoli - Bankruptcy Issues

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | EFH | L120 | A106 | Communicate (with client) - Telephone call with client RE: open dental, apertyx questions, organization, reimbursement from gov't for restitution | 195.00 | 0.70 | 136.50 |
| 12/17/2022 | WPS | L120 | A104 | Review/analyze - Initial review/analysis of available dental records, x-rays, IOPs of Heidi DuBord re: defensibility of case. | 225.00 | 2.30 | 517.50 |
| | WPS | L120 | A104 | Review/analyze - Initial review/analysis of records available re: defensibility of Eugene Reese case. | 225.00 | 2.00 | 450.00 |
| 12/18/2022 | WPS | L120 | A104 | Review/analyze - Initial review/analysis of records, x-rays, IOPs available for Jerome Roskopf re: defensibility of case. | 225.00 | 0.70 | 157.50 |
| | WPS | L120 | A104 | Review/analyze - Initial review/analysis of available dental records/x-rays/IOPs of Heather Fergus re: defensibility of case. | 225.00 | 1.00 | 225.00 |
| | WPS | L120 | A104 | Review/analyze - Initial review/analysis of available dental records, x-rays, IOPs of Jackie B. re: defensibility of case. | 225.00 | 1.50 | 337.50 |
| 12/19/2022 | EFH | L120 | A104 | Review/analyze - Reviewing/organizing plaintiff cases | 195.00 | 3.80 | 741.00 |
| | WPS | L120 | A104 | Review/analyze - Review/analysis of Pleadings and Stipulation re: DJ against Aspen for defense/indemnity coverage. | 225.00 | 0.50 | 112.50 |

Charmoli Scott DDS

Charmoli - Bankruptcy Issues

|            |     |      |      |                                                                                                               | Rate   | Hours |        |
|------------|-----|------|------|---------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 12/20/2022 | WPS | L120 | A104 | Review/analyze - Initial review/analysis of available records, x-rays and IOPs re: defensibility of Karen Sinclair's claim. | 225.00 | 2.80  | 630.00 |
|            | WPS | L120 | A104 | Review/analyze - Initial review/analysis of available records, x-rays and IOPs to evaluate Shelley Wicke's claim/defensibility. | 225.00 | 1.80  | 405.00 |
|            | WPS | L120 | A104 | Review/analyze - Initial evaluation of available records, x-rays, IOPs to evaluate defensibility of Jenna Carlin's claim. | 225.00 | 1.20  | 270.00 |
|            | WPS | L120 | A104 | Review/analyze - Initial review of available records, x-rays, IOPs re: evaluation of Susan Chapman's claim.     | 225.00 | 1.00  | 225.00 |
| 12/23/2022 | WPS | L120 | A104 | Review/analyze - Review available chart records re: defensibility of D. Wiesman claim.                          | 225.00 | 2.30  | 517.50 |
| 12/27/2022 | WPS | L120 | A107 | Communicate (other outside counsel) - Call from Peter N. re: Chapter 11 procedural issues.                      | 225.00 | 0.30  | 67.50  |
| 12/29/2022 | EFH | L120 | A107 | Communicate (other outside counsel) - Email to co-counsel RE: notice of removal                                 | 195.00 | 0.10  | 19.50  |
| 01/11/2023 | EFH | L120 | A107 | Communicate (other outside counsel) - Telephone call with all counsel RE: Aspen dispute, bankruptcy schedule    | 200.00 | 0.70  | 140.00 |

Charmoli Scott DDS

February 09, 2023
Account No:    20879-20879
Invoice No.    159728

Charmoli - Bankruptcy Issues

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | LC1 | L110 | A102 | Research - Review the patients who could not get letters sent to them and determine which patients received crowns from Charmoli after 2016 | 80.00 | 5.00 | 400.00 |
| | WPS | L120 | A104 | Review/analyze - Review K. Amundson chart re: analysis of defensibility/damages. | 240.00 | 1.80 | 432.00 |
| | WPS | L120 | A104 | Review/analyze - Review L. Ehlke chart re: analysis of defensibility/damages. | 240.00 | 1.70 | 408.00 |
| | WPS | L120 | A107 | Communicate (other outside counsel) - Conference call with attorneys re: Ch. 11 status and strategies re: pending motions/issues. | 240.00 | 0.70 | 168.00 |
| | EFH | L120 | A104 | Review/analyze - Review/Organize patient files - Ogorchock cases | 200.00 | 3.00 | 600.00 |
| 01/12/2023 | LC1 | L110 | A102 | Research - Review the patients who could not get letters sent to them and determine which patients received crowns from Charmoli after 2016 | 80.00 | 1.70 | 136.00 |
| | LC1 | L140 | A110 | Manage data/files - Organize additional patient file copy | 80.00 | 1.20 | 96.00 |
| | EFH | L120 | A104 | Review/analyze - Continue Review/Organize patient files - Ogorchock cases | 200.00 | 3.00 | 600.00 |
| 01/13/2023 | EFH | L120 | A104 | Review/analyze - Continue Review/Organize patient files - Ogorchock cases | 200.00 | 4.00 | 800.00 |
| 01/16/2023 | EFH | L120 | A104 | Review/analyze - | | | |

Charmoli Scott DDS

Charmoli - Bankruptcy Issues

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | | | Review/Organize - patient files - Mary Glocke | 200.00 | 1.00 | 200.00 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Email to bankruptcy counsel RE: unknown address lists | 200.00 | 0.20 | 40.00 |
| 01/18/2023 | WPS | L120 | A104 | Review/analyze - Review/analysis Caitlin Lamb's records re: defensibility of treatment re: her Chapter 11 claim. | 240.00 | 0.60 | 144.00 |
| | WPS | L120 | A104 | Review/analyze - Review/analysis of records for May Glocke re: defensibility of Ch. 11 claim. | 240.00 | 1.70 | 408.00 |
| | WPS | L120 | A104 | Review/analyze - Review/analysis of S. Pietrowski records re: defensibility of claim in Chapter 11. | 240.00 | 0.40 | 96.00 |
| 01/21/2023 | WPS | L120 | A104 | Review/analyze - Review/analysis of J. Schuster's chart re: defensibility of Ch. 11 claim. | 240.00 | 0.90 | 216.00 |
| | WPS | L120 | A104 | Review/analyze - Review/analysis of H. Anders chart re: defensibility of Chapter 11 claim. | 240.00 | 1.20 | 288.00 |
| | WPS | L120 | A104 | Review/analyze - Review/analysis of P. Pryor's chart re: defensibility of Ch. 11 claim. | 240.00 | 1.00 | 240.00 |
| | WPS | L200 | A104 | Review/analyze - Review/analysis of M. Vonwerk's chart re: defensibility | | | |

Charmoli Scott DDS

Charmoli - Bankruptcy Issues

| Date | Atty | | Code | Description | Rate | Hours | |
|------|------|---|------|-------------|------|-------|---|
| | | | | of Ch. 11 claim. | 240.00 | 1.00 | 240.00 |
| 01/23/2023 | EFH | L120 | A104 | Review/analyze - Review files with WPS to assess valuation | 200.00 | 3.50 | 700.00 |
| | WPS | L120 | A104 | Review/analyze - Evaluate 9 cases for damages range re: mediation position. | 240.00 | 4.00 | 960.00 |
| 01/26/2023 | EFH | L120 | A107 | Communicate (other outside counsel) - Email to co-counsel RE: Telephone call to discuss hearing for following week | 200.00 | 0.10 | 20.00 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Telephone call with co-counsel RE: hearing | 200.00 | 0.40 | 80.00 |
| | WPS | L120 | A107 | Communicate (other outside counsel) - Conference call with Atty. Nowak re: hearing in Ch. 11 re: Pako Major motion to remove to state court. | 240.00 | 0.50 | 120.00 |
| 01/30/2023 | EFH | L120 | A104 | Review/analyze - Start review of civil case - Charmoli v. Major, in preparation for 2/1 hearing. | 200.00 | 2.00 | 400.00 |
| 01/31/2023 | EFH | L230 | A101 | Plan and prepare for - Prep for bankruptcy hearing | 200.00 | 4.10 | 820.00 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Emails to co-counsel RE: prep for bankruptcy hearing | 200.00 | 0.20 | 40.00 |
| | EFH | L120 | A107 | Communicate (other outside counsel) - Telephone call with co-counsel RE: bankruptcy hearing prep | 200.00 | 0.30 | 60.00 |
| | | | | For Professional Services Rendered | | 118.60 | 21,283.50 |

Charmoli Scott DDS

February 09, 2023
Account No:    20879-20879
Invoice No.    159728

Charmoli - Bankruptcy Issues

## USER SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| W. Patrick Sullivan | 30.00 | $225.00 | $6,750.00 |
| W. Patrick Sullivan | 15.50 | 240.00 | 3,720.00 |
| Law Clerk 1 | 28.70 | 80.00 | 2,296.00 |
| Ellison F. Hitt | 2.20 | 80.00 | 176.00 |
| Ellison F. Hitt | 19.70 | 195.00 | 3,841.50 |
| Ellison F. Hitt | 22.50 | 200.00 | 4,500.00 |

Total Current Work    21,283.50

**BALANCE DUE**    $21,283.50

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2056.00 | 0.00 |
| L120 | Analysis/Strategy | 17226.50 | 0.00 |
| L140 | Document/File Management | 96.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 19,378.50 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 240.00 | 0.00 |
| L210 | Pleadings | 45.00 | 0.00 |
| L230 | Court Mandated Conferences | 828.00 | 0.00 |
| L240 | Dispositive Motions | 337.50 | 0.00 |
| L250 | Other Written Motions and Submissions | 454.50 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 1,905.00 | 0.00 |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
Scott W. Charmoli and                          Case No. 22-24358-gmh
Lynne M. Charmoli,                             Chapter 11 (Subchapter V)
                    Debtors.

EXHIBIT B
SUMMARY OF PROFESSIONALS

     The following is a list of all attorneys, professionals, paraprofessionals, or other timekeepers performing services on the case long with a description of the experience, length of professional practice, and billing rate for each:

| |
|---|
| **W. Patrick Sullivan**<br>**Partner, Admitted in 1984**<br>**$225-240 per hour**<br><br>Attorney Sullivan is a founding partner of Siesennop & Sullivan, LLP, a law firm that primarily represents licensed professionals against claims involving negligence/malpractice or who face disciplinary or licensing issues with their respective professional boards. He received his undergraduate degree from Tufts University, a master's degree from Columbia University, and his law degree from Marquette University, where he was a member of the moot court team. |
| **Ellison F. Hitt**<br>**Associate, Admitted in 2012**<br>**$195-200 per hour**<br><br>Attorney Hitt is an associate at Siesennop & Sullivan, LLP. She received her undergraduate degree from Miami University and her law degree from Marquette University, where she was a member of the Health Law Society and Association of Women Lawyers. |
| **Daniel Sawall**<br>**Law Clerk**<br>**$80 per hour**<br><br>Mr. Sawall is a third-year law student at Marquette University. He received his undergraduate degree from Marquette University. |